USDC SCAN INDEX SHEET

















SWD   6/15/05   8:50
3:05-CV-01217   FEDERAL TRADE V. FIBERTHIN LLC
*1*
*CMP.*

1  WILLIAM BLUMENTHAL
   General Counsel
2
   MATTHEW DAYNARD
3  RONA KELNER
   Attorneys for the Plaintiff
4  Federal Trade Commission
   600 Pennsylvania Avenue N.W.
5  Washington, D.C. 20580
   (202) 326-3291 - MD
6  (202) 326-2752 - RK
   (202) 326- 3259 - fax
7
   JOHN D. JACOBS
8  Cal. Bar. No.134154
   10877 Wilshire Boulevard
9  Suite 700
   Los Angeles, California 90024
10 (310) 824-4360
   (310) 824-4380 - fax
11

12              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14 FEDERAL TRADE COMMISSION,          )
                                      )
15                                    )
                          Plaintiff,  )
16           v.                       )
                                      )   CIVIL NO.                  _øbF
17 FIBERTHIN, LLC,                    )
   OBESITY RESEARCH                   )   '05 CV 1217 __ BEN (BLM)
18      INSTITUTE, LLC,               )
   HENNY DEN UIJL,                    )   COMPLAINT FOR PERMANENT
19 BRYAN CORLETT,                     )   INJUNCTION AND OTHER
   JAMES AYRES, and                   )   EQUITABLE RELIEF
20 DR. JONATHAN M. KELLEY,            )
                          Defendants. )
21 _____  )

22

23

24

25         Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), through its

26 undersigned attorneys, for its Complaint alleges:

27         1.     Plaintiff FTC brings this action under Section 13(b) of the Federal Trade

28 Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to secure injunctive relief and other equitable

ORIGINAL

1  relief against Defendants for engaging in deceptive acts or practices in violation of Sections 5(a)

2  and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

3  **JURISDICTION AND VENUE**

4  2.  This Court has jurisdiction over this matter pursuant to 15 U.S.C. §§ 45(a), 52,

5  53(b) and 28 U.S.C. §§ 1331, 1337(a), and 1345.

6  3.  Venue in this District is proper under 15 U.S.C. § 53(b) and 28 U.S.C. § 1391(b)

7  and (c).

8  **THE PARTIES**

9  4.  Plaintiff, the Federal Trade Commission, is an independent agency of the United

10  States Government created by statute.  15 U.S.C. §§ 41-58.  The Commission enforces Section

11  5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or

12  affecting commerce.  The Commission also enforces Section 12 of the FTC Act, 15 U.S.C. § 52,

13  which prohibits false advertisements for food, drugs, devices, services, or cosmetics in or

14  affecting commerce.  The Commission, through its own attorneys, may initiate federal district

15  court proceedings to enjoin violations of the FTC Act and to secure such equitable relief,

16  including rescission of contacts and restitution, and the disgorgement of ill-gotten gains caused

17  by Defendants' law violations, as may be appropriate in each case.  15 U.S.C. § 53(b).

18  5.  Defendant FiberThin, LLC ("FiberThin") is a California limited liability company

19  with offices located at 1601 Aryana Drive, Encinitas, California.  At times relevant to the

20  complaint, acting individually or in concert with others, FiberThin has advertised, marketed,

21  distributed, and sold the dietary supplements FiberThin and MetaboUp to consumers in the

22  United States.  FiberThin transacts business in this district and throughout the United States.

23  6.  Defendant Obesity Research Institute, LLC ("ORI") is a California limited

24  liability company with offices located at 1601 Aryana Drive, Encinitas, California.  At times

25  relevant to the complaint, acting individually or in concert with others, ORI has advertised,

26  marketed, distributed, and sold the dietary supplements Propolene and Excelerene to consumers

27  in the United States.  ORI transacts business in this district and throughout the United States.

28  7.  Defendant Henny den Uijl is a Managing Member of both FiberThin and ORI, and

2

1 | has a 50% ownership interest in each company.  Mr. den Uijl is the registered agent for both

2 | companies, and is listed as the administrative contact for the www.fiberthin.com website.  At

3 | times relevant to this Complaint, acting individually or in concert with others, Mr. den Uijl has

4 | formulated, directed, controlled, or participated in the acts or practices of FiberThin and ORI,

5 | including the acts or practices alleged in this Complaint.  He transacts business in this district and

6 | throughout the United States.

7 |     8.     Defendant Bryan Corlett is a Managing Member of both FiberThin and ORI, and

8 | has a 50% ownership interest in each company.  He also holds the trademarks for "FiberThin"

9 | and "MetaboUp."  At times relevant to this Complaint, acting individually or in concert with

10 | others, Mr. Corlett has formulated, directed, controlled, or participated in the acts or practices of

11 | FiberThin and ORI, including the acts or practices alleged in this Complaint.  He transacts

12 | business in this district and throughout the United States.

13 |     9.     Defendant James Ayres is a partner in the company Ayres Weight Management,

14 | which conducted purported studies on FiberThin and MetaboUp.  His business address is 31600

15 | Railroad Canyon Road, Canyon Lake, California.  He has aided in the promotion of FiberThin by

16 | appearing as a "weight loss consultant" and providing endorsements for the product in

17 | advertisements.  Mr. Ayres transacts business in this district and throughout the United States.

18 |     10.     Defendant Jonathan M. Kelley, M.D. is a retired anesthesiologist.  He has aided in

19 | the promotion of Propolene by appearing and providing endorsements for the product in

20 | advertisements.  Dr. Kelley transacts business in this district and throughout the United States.

21 | **COMMERCE**

22 |     11.     The acts and practices of Defendants alleged in this Complaint have been in or

23 | affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

24 | **DEFENDANTS' COURSE OF CONDUCT**

25 |     12.     Since at least 2003, Defendants FiberThin, den Uijl, and Corlett have advertised,

26 | labeled, offered for sale, and sold products to the public throughout the United States, including

27 | FiberThin and MetaboUp, two dietary supplements marketed and sold for weight loss.

28 | Defendants primarily advertise and offer these products for sale through a 30-minute television

1   infomercial and an Internet website, www.fiberthin.com. The infomercial aired on numerous

2   television stations, including The Learning Channel, PAX Family Entertainment Network, Home

3   and Garden TV, and CNBC. Defendant Ayres appears in the television infomercial and endorses

4   the FiberThin product.

5       13.    Since at least 2003, Defendants ORI, den Uijl, and Corlett have advertised,

6   labeled, offered for sale, and sold products to the public throughout the United States, including

7   Propolene and Excelerene, two dietary supplements marketed and sold for weight loss.

8   Defendants primarily advertise and offer Propolene for sale through television commercials and

9   an Internet website, www.propolene.com, and offer Excelerene for sale through the

10  www.propolene.com website. Defendant Kelley appears in the television commercials and

11  endorses the Propolene product. Propolene and FiberThin appear to be identical products with

12  different names. Excelerene and MetaboUp appear to be identical products with different

13  names.

14                        The Supplements

15      14.    FiberThin and Propolene are tablets that purportedly contain glucomannan as their

16  primary ingredient. MetaboUp and Excelerene are tablets that purportedly contain green tea,

17  chromium, and bitter orange as their primary ingredients. FiberThin and MetaboUp are sold

18  together for weight loss, as are Propolene and Excelerene. The initial 60-day supply of FiberThin

19  and MetaboUp offered through the www.fiberthin.com website costs $99.80, including $9.95 for

20  shipping and handling, and $29.95 per month thereafter if customers join Defendants' "Take it

21  off, Keep it off" automatic shipping program. The initial 60-day supply of Propolene and

22  Excelerene offered through the www.propolene.com website costs $89.85, and $29.95 per month

23  thereafter if customers join Defendants' "Take it off, Keep it off" automatic shipping program.

24              Advertisements for FiberThin and MetaboUp

25      15.    To induce consumers to purchase FiberThin and MetaboUp, Defendants

26  FiberThin, den Uijl, and Corlett have disseminated, or caused to be disseminated, advertisements

27  for the supplements, including but not limited to the attached Exhibits A and B. These

28  advertisements contain the following statements or depictions, among others:

## A.   Excerpts From Television Infomercial

MALE ANNOUNCER: Do you dream of having that thin, lean body but you just can't seem to lose that weight? You've tried the terrible tasting diet foods, the strenuous exercise and those messy shakes that leave you starving. You're just fed up because nothing works.
**ON SCREEN: What CAN YOU DO?**
MALE ANNOUNCER: What can you do?
**ON SCREEN: Don't Give Up**
MALE ANNOUNCER: Don't give up, because now, for the first time ever, one of the most powerful weight loss systems ever developed is available to you called the Fiber Thin System.
**ON SCREEN: GUARANTEED YOU'LL LOSE UP TO 20 LBS. IN 30 DAYS!
OR YOUR MONEY BACK!**
MALE ANNOUNCER: This system guarantees you'll lose up to 20 pounds in 30 days or your money back.
**ON SCREEN: Before photo
Ron Phipps
LOST 50 LBS. IN 3 MONTHS!
City Controller
Results Vary**
RON PHIPPS: I lost 50 pounds on the Fiber Thin System.

\*   \*   \*

**ON SCREEN: Clinically Proven
Guaranteed Weight Loss!
No Special Diet or Exercise Program Needed**
MALE ANNOUNCER: The ingredients in the Fiber Thin System are clinically proven to deliver you weight loss results without any special diet or exercise program.
**ON SCREEN: For best results/maximum weight loss, follow the diet and exercise plan.
GUARANTEED WEIGHT LOSS!**
MALE ANNOUNCER: Included in the Fiber Thin System is the Guide to Healthy Living.
**ON SCREEN: Full of Valuable Weight Loss Tips! Lose Even More Weight!**
MALE ANNOUNCER: This guide gives you diet and exercise tips so you lose even more weight. When you combine Fiber Thin with the Guide to Healthy Living, we guarantee you'll lose up to 20 pounds in 30 days or your money back.

\*   \*   \*

**ON SCREEN: Jennifer Corlett
LOST WEIGHT IN DAYS!
College Student
Results Vary**
JENNIFER CORLETT: With Fiber Thin, I didn't have to diet, I didn't have to exercise and I still lost weight.

\*   \*   \*

**ON SCREEN: Traps Fat and Eliminates It From Your Body Naturally!**
MALE ANNOUNCER: This powerful fiber then becomes a fat-trapping machine that grabs fats and eliminates them from your body.
**ON SCREEN: Traps Up to 400 Fat Calories Per Day!**
MALE ANNOUNCER: In fact, laboratory studies show that Fiber Thin can trap up to 400 fat calories a day.

\*   \*   \*

5

MALE ANNOUNCER:  Also included in the Fiber Thin System is MetaboUp.

**ON SCREEN:  All Natural**
**Increases Energy**
**Boosts Metabolism Up to 43%**

MALE ANNOUNCER:  MetaboUp is a blend of all-natural herbs that are scientifically proven to increase your energy and boost your metabolism up to 43 percent.

**ON SCREEN:  Burn More Calories Every Day!**

MALE ANNOUNCER:  So, you'll be burning more calories every day.

\*   \*   \*

**ON SCREEN:  Do you WANT PROOF?**

MALE ANNOUNCER:  You want proof that Fiber Thin works?

**ON SCREEN:  WE HAVE IT!**

MALE ANNOUNCER:  Well, we have it.

**ON SCREEN:  42 Clinical Studies Prove That Fiber Thin™ Works!**

MALE ANNOUNCER:  Forty-two clinical studies, some published in medical journals like --

**ON SCREEN:  Current Therapeutic Research**

MALE ANNOUNCER:  -- Current Therapeutic Research --

**ON SCREEN:  International Journal of Obesity**

MALE ANNOUNCER:  -- the International Journal of Obesity and --

**ON SCREEN:  American Journal of Clinical Nutrition**

\*   \*   \*

MALE ANNOUNCER:  -- the American Journal of Clinical Nutrition found that subjects taking the ingredients in Fiber Thin lost weight without diet and exercise. . .

**ON SCREEN:  Faster and Easier Than Anything You've Tried!**

MALE ANNOUNCER:  We are so sure that you'll lose weight faster and easier than anything you've ever tried --

\*   \*   \*

**ON SCREEN:  Weight Loss Specialist**
**Amber Pawlowski, RD, CLE**
**Registered Dietitian**

AMBER PAWLOWSKI:  You can exercise like you are, you can eat like you are, as long as you're taking Fiber Thin, you're going to lose weight.

**ON SCREEN:  Weight Loss Guaranteed!**

MALE ANNOUNCER:  No other diet product is clinically proven to deliver you results like this.

\*   \*   \*

**ON SCREEN:  Carol Birdsall**
**LOST 22 Lbs. Of Body Fat!**
**Manicurist**
**Results Vary**

CAROL BIRDSALL:  Even if you eat the way you normally do, you're still going to lose the weight.

\*   \*   \*

**ON SCREEN:  Weight Loss Specialist**

**Amber Pawlowski, RD, CLE**
**Registered Dietitian**
AMBER PAWLOWSKI:  One of the studies conducted found that if you take Fiber Thin before each of your meals, you can trap up to 400 fat calories a day.

\* \* \*

**ON SCREEN:  CASE STUDY**
**Fiber Thin™**
**12 Week Study**
**Ayres Weight Management**
**Test Fiber Thin on**
**60 Test Subjects**
**100% Weight Loss**
**Sucess [sic]**
**ON SCREEN:  Weight Loss Consultant**
**JIM AYRES**
**Ayres Weight Management**
JIM AYRES:  Ayres Weight Management has evaluated several different weight loss products.  We have never seen a product that delivers results like Fiber Thin, period.  One hundred percent of the individuals in our study lost weight.

\* \* \*

JIM AYRES:  As a matter of fact, within the first two days, we had people reporting that they had lost a pound or two.
**ON SCREEN:  Weight Loss Consultant**
**JIM AYRES**
**Ayres Weight Management**
JIM AYRES:  And after one week, we observed that some individuals lost anywhere from five to ten pounds.
Now, that trend continued week after week after week for a 12-week period.
**ON SCREEN:  Before and after photos**
**Ed May**
**LOST 50 LBS. IN 3 MONTHS!**
**Medical Technician**
**Results Vary**
JIM AYRES: We had some people lose even up to 50 pounds.  FiberThin works.

\* \* \*

**ON SCREEN:  Before photo**
**Ron Phipps**
**LOST 50 LBS. IN 3 MONTHS!**
**City Controller**
**Results Vary**
RON PHIPPS:  I saw my biggest results in the first four weeks.  I think I lost 20 pounds in the first four weeks just getting my metabolism going, you know, eating -- eating more than I ever ate before and I was never hungry.

(Exhibit A)

        B.     **Excerpts From Website** www.fiberthin.com.

Fiber Thin is the most revolutionary weight loss system ever developed.  Ingredients in Fiber

Thin are clinically proven to deliver dramatic weight loss results.

**FiberThin works!**
**It's easy!**
**You'll feel full!**
**No dieting!**

*   *   *

**What is included in the Fiber Thin System?**
. . .
Metabo-Up tablets.  These tablets are a blend of all natural herbs that are scientifically proven to increase your metabolism by 40%.
We are including the Guide to healthy living with your order.  As with any diet program, the right diet and exercise plan can accelerate your results.  This guide will outline different ways you can supplement the Fiber Thin tablets with diet and exercise to lose weight even faster.

*   *   *

**How much weight will I lose?**
. . . Fiber Thin guarantees you'll lose up to 20 pounds in 30 days if you use the Fiber Thin System, which is what you are looking for, right?

*   *   *

**How does each product work?**
Fiber Thin creates a fiber sponge that makes you feel full.  Fiber Thin traps and binds some of the fat in the foods you eat so that it is not absorbed into your system.  As a result, Fiber Thin reduces caloric intake from fat and adds healthy fiber into your diet.  Metabo-Up contains green tea.  Green tea is proven to increase your metabolism safely so you burn more calories.

(Exhibit B)

<u>Advertisements for Propolene and Excelerene</u>

16.    To induce consumers to purchase Propolene and Excelerene, Defendants ORI,

den Uijl, and Corlett have disseminated, or caused to be disseminated, advertisements for the

supplements, including but not limited to the attached Exhibits C through E.   These

advertisements contain the following statements or depictions, among others:

A.    **Excerpts From Television Commercials**

**ON SCREEN:  Jonathan Kelley, M.D.**
**Harvard Medical School Graduate**
**Individual results vary (remainder of sentence illegible)**

JONATHAN Kelley:  If you're 20 pounds or more overweight, there's news from the Obesity Research Institute.  Dramatic weight loss can now be achieved without diet or exercise.

*   *   *

8

1   **ON SCREEN:  Dr. Jose Echevarria**
    **Lost 80 Pounds in 4 Months!**
2   **Individual results vary.  For maximum weight loss, diet and exercise are (illegible).**

3   DR. JOSE ECHEVARRIA:  The first week I lost like about 10 and then every month like 20
    pounds.
4
    **ON SCREEN:  Propolene**
5   **Scientifically Proven to Reduce Weight**
    **9 Clinical Studies**
6   FEMALE ANNOUNCER:  Propolene, scientifically proven to reduce weight without special diet
    and exercise, backed by nine clinical studies.
7   **ON SCREEN:  Only For Weight Loss of 20 Pounds or More**
    JONATHAN Kelley:  Please understand, Propolene is so powerful that it was formulated only
8   for those that need to lose 20 pounds or more.

9   (Exhibit C)

10  . . .
    **ON SCREEN:  Mike Deckert**
11  **Lost 30 Pounds in 8 Weeks!**
    **Results not typical and may vary**
12
    MIKE DECKERT:  I was 247 eight weeks ago and I'm 30 pounds lighter today.
13
                                        *   *   *
14
    **ON SCREEN:  Michelle Wolfensparger**
15  **"It Works By Itself!"**
    **Results not typical and may vary**
16
    MICHELLE WOLFENSPARGER:  It definitely works by itself because I know I didn't do
17  anything different and I took it and I lost weight.

18  **ON SCREEN:  Jim Backman**
    **Lost 25 Pounds in 6 Weeks!**
19  **Results not typical and may vary**

20  JIM BACKMAN:  I eat at fast food places almost all the time, so it's hard to eat healthy and the
    weight still came off.
21
    **ON SCREEN:  Jodi Sadlon**
22  **"It Was Just Very Easy!"**
    **Results not typical and may vary**
23
    JODI SADLON: It was just very easy.  You just take these pills about 20 minutes before you eat
24  and the pounds just fell off.

25  **ON SCREEN:  Robert Scott**
    **Lost 35 Pounds!**
26  **Results not typical and may vary**

27  ROBERT SCOTT:  If you're a skeptic just say, here, trust me, try it, eat the same way, do what
    you're doing and this pill will work.
28

                                          9

\*   \*   \*

**ON SCREEN:  Christa Lizzarga**
**Lost Weight With No Exercise**
**Results not typical and may vary**

CHRISTA LIZZARGA:  If this could work for me, it could work for anybody because I haven't been to the gym in over a month, to be honest, I have not gone to the gym even once.  I don't have the time.

\*   \*   \*

**ON SCREEN:  Jim Backman**
**Lost 25 Pounds in 6 Weeks!**
**Results not typical and may vary**

JIM BACKMAN:  They told me if I didn't lose weight, I was going to die.  You don't change your life, all you do is take a pill.

\*   \*   \*

**ON SCREEN:  Lose Up to 20 Pounds Guaranteed**
FEMALE ANNOUNCER:  Call now to try Propolene risk-free for 30 days. . . .

(Exhibit D)

> **B.       Excerpts From Website** www.propolene.com

Propolene™ is formulated for people who desire to lose 20 lbs. of weight or more.  It is scientifically proven, easy, and it works.  No dieting is involved, and as one of our customers put it "you don't have to change your life, you just have to take a pill". . . . . The ingredients in Propolene™ are clinically proven to deliver dramatic weight loss results.

\* **Propolene is effective!**
\* **It's simple, just take it before meals!**
\* **Safely Reduces Hunger!**
\* **Decreases fat without Dieting!**

\*   \*   \*

**Frequently Asked Questions**

. . . .
**What is Excelerene?**
Excelerene™ tablets are comprised of a blend of 100% natural herbs, which are scientifically proven to increase your metabolism by 40%.

**What is Healthy Living Guide?**
Included with your order you will find a Healthy Living Guide.  As with any diet program, proper nutrition and exercise plan (sic) can accelerate your results.  Healthy Living Guide outlines several eating and exercise plans, which can be used in conjunction with the Propolene™ tablets to accelerate your weight loss.

**How much weight will I lose?**

10

Weight loss varies depending on the individual. Propolene™ guarantees you will lose up to 20 pounds in 30 days if you use the Propolene™.

\* \* \*

**How does each product work?**
Propolene™ creates a viscous fiber mass, which is 100% natural soluble dietary fiber and provides a feeling of satiety. Propolene™ encapsulates some of the fat in the foods you eat and prevents its absorption by digestive tract (sic), resulting in reduced caloric intake from fat and adding healthy fiber to your diet.
Excelerene™ contains Green Tea. Green tea is proven to increase your metabolism safely so you burn more calories.

\* \* \*

**Healthy Living Guide**

Obesity Research Institute, LLC, in cooperation with others, has developed an eating and exercise plan that will help your body use fats, carbs, and proteins more efficiently. This in turn will help you lose unwanted body fat. When used in combination with the Propolene™ and Excelerene™ supplements provided to you, subjects in an in-house study lost as much as 50 pounds of unwanted body fat in only 12 weeks. (Exhibit E)

## THE FTC ACT

17.     Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair or deceptive acts or practices in or affecting commerce. Section 12(a) of the FTC Act, 15 U.S.C. § 52(a), prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics. For purposes of Section 12 of the FTC Act, 15 U.S.C. § 52, FiberThin, MetaboUp, Propolene, and Excelerene are either "foods" or "drugs" as defined in Sections 15(b) and (c) of the FTC Act, 15 U.S.C. §§ 55(b), (c). As set forth below, Defendants have engaged and are continuing to engage in such unlawful practices in connection with the advertising, marketing, and sale of FiberThin and MetaboUp and/or Propolene and Excelerene.

### UNFAIR OR DECEPTIVE ACTS OR PRACTICES IN VIOLATION OF THE FTC ACT

### COUNT I

### Claims for FiberThin and MetaboUp

18.     Through the means described in Paragraph 15, including through the advertisements attached as Exhibits A and B, Defendants FiberThin, Henny den Uijl, and Bryan Corlett have represented, expressly or by implication, that:

11

a.   FiberThin and MetaboUp cause rapid and substantial weight loss without the need to reduce caloric intake or increase exercise;

b.   FiberThin and MetaboUp enable users to lose as much as 4 to 5 pounds per week over multiple weeks and months without the need to reduce caloric intake or increase exercise;

c.   FiberThin and MetaboUp work for all users;

d.   FiberThin causes substantial weight loss through blocking the absorption of fat calories;

e.   FiberThin is scientifically proven to block absorption of up to 400 fat calories per day;

f.   MetaboUp is scientifically proven to boost users' metabolism up to 43%; and

g.   FiberThin and MetaboUp are clinically proven to cause rapid and substantial weight loss, including as much as 50 pounds in three months, without the need to reduce caloric intake or increase exercise.

19.   The representations set forth in Paragraph 18 are false or were not substantiated at the time the representations were made.  Therefore, Defendants' representations as set forth in Paragraph 18 constitute a deceptive act or practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

<u>**COUNT II**</u>

<u>**Claims for Propolene and Excelerene**</u>

20.   Through the means described in Paragraph 16, including through the advertisements attached as Exhibits C through E, Defendants ORI, Henny den Uijl, and Bryan Corlett have represented, expressly or by implication, that:

a.   Propolene causes rapid and substantial weight loss without the need to reduce caloric intake or increase exercise;

b.   Propolene enables users to lose as much as 4 to 5 pounds per week over multiple weeks and months without the need to reduce caloric intake or increase exercise;

c.   Excelerene is scientifically proven to boost users' metabolism by 40%; and

d.   Propolene is scientifically proven to cause rapid and substantial weight loss, including as much as 80 pounds in four months, without the need to reduce caloric intake or increase exercise.

12

21.    The representations set forth in Paragraph 20 are false or were not substantiated at the time the representations were made.  Therefore, Defendants' representations as set forth in Paragraph 20 constitute a deceptive act or practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

## COUNT III

### Defendant Ayres' Expert Endorsement

22.    Through the means described in Paragraph 15, including through his statements contained in the advertisement attached as Exhibit A, Defendant James Ayres has represented, expressly or by implication, that:

      a.    FiberThin causes rapid and substantial weight loss; and

      b.    FiberThin is clinically proven to cause rapid and substantial weight loss.

23.    The representations set forth in Paragraph 22 are false or were not substantiated at the time the representations were made.  Moreover, Defendant Ayres did not exercise his purported expertise in the field of weight loss in the form of an examination or testing of FiberThin at least as extensive as an expert in that field would normally conduct in order to support the conclusions presented in his endorsement.  Therefore, the making of the representations set forth in Paragraph 22 constitutes a deceptive act or practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

## COUNT IV

### Defendant Kelley's Expert Endorsement

24.    Through the means described in Paragraph 16, including through his statements contained in the advertisements attached as Exhibits C and D, Defendant Dr. Jonathan Kelley has represented, expressly or by implication, that Propolene causes rapid and substantial weight loss without the need to reduce caloric intake or increase exercise.

25.    The representation set forth in Paragraph 24 is false or was not substantiated at the time the representation was made.  Moreover, Defendant Dr. Kelley did not exercise his

13

1 | purported expertise in the field of weight loss in the form of an examination or testing of
2 | Propolene at least as extensive as an expert in that field would normally conduct in order to
3 | support the conclusions presented in his endorsement.  Therefore, the making of the
4 | representation set forth in Paragraph 24 constitutes a deceptive act or practice, and the making of
5 | false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC
6 | Act, 15 U.S.C. §§ 45(a) and 52.

7 | **INJURY**

8 | 26.    Consumers throughout the United States have suffered and continue to suffer
9 | substantial monetary loss as a result of Defendants' unlawful acts or practices.  In addition, the
10 | Defendants have been unjustly enriched as a result of their unlawful practices.  Absent injunctive
11 | relief by this Court, the Defendants are likely to continue to injure consumers, reap unjust
12 | enrichment, and harm the public interest.

13 | **THIS COURT'S POWER TO GRANT RELIEF**

14 | 27.    Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant
15 | injunctive and such other relief as the Court may deem appropriate to halt and redress violations
16 | of the FTC Act.  The Court, in the exercise of its equitable jurisdiction, may award ancillary or
17 | other relief, including, but not limited to, rescission of contacts and restitution, and the
18 | disgorgement of ill-gotten gains caused by Defendants' law violations.

19 | **PRAYER FOR RELIEF**

20 | WHEREFORE, Plaintiff FTC requests that this Court, as authorized by Section 13(b) of
21 | the FTC Act, 15 U.S.C. § 53(b), and pursuant to its own equitable powers:

22 | (a)    Permanently enjoin Defendants from violating Sections 5(a) and 12 of the FTC
23 | Act, 15 U.S.C. §§ 45(a) and 52, in connection with the offer, sale, advertising, or other
24 | promotion or distribution of weight-loss products, or any food, drugs, dietary supplements, or
25 | other products, services, or programs;

26 | (b)    Award such equitable relief as the Court finds necessary to redress injury to
27 | consumers resulting from Defendants' violations of the FTC Act, including, but not limited to,
28 | rescission of contracts and restitution, and the disgorgement of ill-gotten gains; and

14

1    (c)    Award the Plaintiff the costs of bringing this action, and such other equitable

2 relief as the Court may determine to be just and proper.

3 Dated:                                        Respectfully submitted,

4

5                                              WILLIAM BLUMENTHAL
                                               General Counsel
6

7                                              MATTHEW DAYNARD
                                               RONA KELNER
8                                              FEDERAL TRADE COMMISSION
                                               601 New Jersey Avenue, NW,
9                                              Room NJ-3212
                                               Washington, D.C.  20580
10                                             Tel.: (202) 326-3291, -2752
                                               Fax: (202) 326-3259
11                                             Trial Attorneys for Plaintiff

12                                             LOCAL COUNSEL:

13

14                                             JOHN D. JACOBS
                                               Cal. Bar. No.134154
15                                             10877 Wilshire Boulevard
                                               Suite 700
16                                             Los Angeles, California 90024
                                               (310) 824-4360
17                                             (310) 824-4380 - fax

18

19

20

21

22

23

24

25

26

27

28

15

## Table of Contents: Exhibits to the Complaint

|  |  | Page |
|---|---|---|
| Exhibit A | (Television Infomercial for FiberThin) | 16 |
| Exhibit B | (Excerpts from www.fiberthin.com website) | 81 |
| Exhibit C | (Television spot ad for Propolene) | 90 |
| Exhibit D | (Television spot ad for Propolene) | 97 |
| Exhibit E | (Excerpts from www.propolene.com website) | 106 |

## Table of Contents: Exhibits to the Complaint

|  |  | Page |
|---|---|---|
| Exhibit A | (Television Infomercial for FiberThin) | 16 |
| Exhibit B | (Excerpts from www.fiberthin.com website) | 81 |
| Exhibit C | (Television spot ad for Propolene) | 90 |
| Exhibit D | (Television spot ad for Propolene) | 97 |
| Exhibit E | (Excerpts from www.propolene.com website) | 106 |

## Table of Contents: Exhibits to the Complaint

|  |  | Page |
|---|---|---|
| Exhibit A | (Television Infomercial for FiberThin) | 16 |
| Exhibit B | (Excerpts from www.fiberthin.com website) | 81 |
| Exhibit C | (Television spot ad for Propolene) | 90 |
| Exhibit D | (Television spot ad for Propolene) | 97 |
| Exhibit E | (Excerpts from www.propolene.com website) | 106 |

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.   0323196

TITLE        FIBER THIN LLC

DATE         RECORDED: NOVEMBER 15, 2003
             TRANSCRIBED: JANUARY 13, 2004

PAGES        1 THROUGH 64

VIDEOTAPE -- FIBER THIN

---

**FOR THE RECORD, INC.**
603 POST OFFICE ROAD, SUITE 309
WALDORF, MARYLAND  20602
(301)870-8025

---

000016

EXHIBIT A

1

1      FEDERAL TRADE COMMISSION

2              I N D E X

3

4      VIDEOTAPE:                           PAGE:

5      Fiber Thin                              3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

000017

EXHIBIT A

2

1                         FEDERAL TRADE COMMISSION

2

3        In the Matter of:                )

4        Fiber Thin                       )   Matter No. 0323196

5                                          )

6        ------------------------------)

7                                         May 1, 2003

8

9

10

11              The following transcript was produced from a

12       live tape provided to For The Record, Inc. on October 9,

13       2003.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

000013
EXHIBIT A

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                 VIDEOTAPE -- FIBER THIN

4          ON SCREEN:  FiberThin™

5              The following is a paid advertisement for Fiber

6     Thin™ brought to you by Fiber Thin™ L.L.C.

7              Individual results may vary.  All logos,

8     product names and packages are sole property of Fiber

9     Thin™ L.L.C.

10             MALE ANNOUNCER:  The following is a paid

11    advertisement for the Fiber Thin System.

12         (Brief pause.)

13             MALE ANNOUNCER:  Do you dream of having that

14    thin, lean body but you just can't seem to lose that

15    weight?  You've tried the terrible tasting diet foods,

16    the strenuous exercise and those messy shakes that leave

17    you starving.  You're just fed up because nothing works.

18         ON SCREEN:  What CAN YOU DO?

19             MALE ANNOUNCER:  What can you do?

20         ON SCREEN:  Don't Give Up

21             MALE ANNOUNCER:  Don't give up, because now,

22    for the first time ever, one of the most powerful weight

23    loss systems ever developed is available to you called

24    the Fiber Thin System.

25         ON SCREEN:  GUARANTEED YOU'LL LOSE UP TO 20

000019

EXHIBIT A

4

1      **LBS. IN 30 DAYS!**

2                    **OR YOUR MONEY BACK!**

3                    MALE ANNOUNCER:  This system guarantees you'll

4      lose up to 20 pounds in 30 days or your money back.

5                    **ON SCREEN:  Before photo**

6                    **Ron Phipps**

7                    **LOST 50 LBS. IN 3 MONTHS!**

8                    **City Controller**

9                    **Results Vary**

10                   RON PHIPPS:  I lost 50 pounds on the Fiber Thin

11     System.

12                   **ON SCREEN:  Before photo**

13                   **Debbie Jones**

14                   **LOST 34 POUNDS!**

15                   **Grandmother**

16                   **Results Vary**

17                   DEBBIE JONES:  I lost 34 pounds.

18                   **ON SCREEN:  Before photo**

19                   **Dennis Barone**

20                   **LOST 20 POUNDS!**

21                   **Construction Foreman**

22                   **Results Vary**

23                   DENNIS BARONE:  I lost 20 pounds on the Fiber

24     Thin System.

25                   **ON SCREEN:  Clinically Proven**

000020
EXHIBIT A

5

1          **Guaranteed Weight Loss!**

2          **No Special Diet or Exercise Program Needed**

3          MALE ANNOUNCER:  The ingredients in the Fiber

4     Thin System are clinically proven to deliver you weight

5     loss results without any special diet or exercise

6     program.

7          ON SCREEN:  **For best results/maximum weight**

8     **loss, follow the diet and exercise plan.**

9          **GUARANTEED WEIGHT LOSS!**

10         MALE ANNOUNCER:  Included in the Fiber Thin

11    System is the Guide to Healthy Living.

12         ON SCREEN:  **Full of Valuable Weight Loss Tips!**

13         **Lose Even More Weight!**

14         MALE ANNOUNCER:  This guide gives you diet and

15    exercise tips so you lose even more weight.  When you

16    combine Fiber Thin with the Guide to Healthy Living, we

17    guarantee you'll lose up to 20 pounds in 30 days or your

18    money back.

19         ON SCREEN:  **Really Really Works!**

20         MALE ANNOUNCER:  And, yes, it really, really

21    works.

22         ON SCREEN:  **Jennifer Corlett**

23         **LOST WEIGHT IN DAYS!**

24         **College Student**

25         **Results Vary**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

000021

EXHIBIT A

1          JENNIFER CORLETT:  With Fiber Thin, I didn't

2     have to diet, I didn't have to exercise and I still lost

3     weight.

4          ON SCREEN:  Here's How FiberThin™ Works!

5          MALE ANNOUNCER:  Here's how it works.

6          ON SCREEN:  Active Ingredient Glucomannan

7     Propol Exclusive Only To Fiber Thin!

8          MALE ANNOUNCER:  Fiber Thin is made up of an

9     all-natural fiber called glucomannan propol.  This

10    ingredient is exclusive and only available in the Fiber

11    Thin tablets.

12         ON SCREEN:  You Will Feel Full For Hours!

13         MALE ANNOUNCER:  These all-natural tablets

14    expand in your stomach, making you feel full for hours.

15         ON SCREEN:  Cravings are GONE!

16         MALE ANNOUNCER:  Cravings for food are gone.

17         ON SCREEN:  Weight Loss Consultant

18         JIM AYRES

19         Ayres Weight Management

20         JIM AYRES:  It's going to expand, it's going to

21    fill this void in your stomach, this empty space and it's

22    going to create hunger satisfaction for hours.

23         ON SCREEN:  Katie Gardner

24         Lost 7 Lbs. In 2 Weeks!

25         Mother of Three

000022

EXHIBIT A

7

1           **Results Vary**

2           KATIE GARDNER:  It makes you feel full and it

3   keeps you from overeating and I've lost seven pounds

4   because of that in two weeks.

5           ON SCREEN:  **Traps Fat and Eliminates It From**

6   **Your Body Naturally!**

7           MALE ANNOUNCER:  This powerful fiber then

8   becomes a fat-trapping machine that grabs fats and

9   eliminates them from your body.

10          ON SCREEN:  **Traps Up to 400 Fat Calories Per**

11  **Day!**

12          MALE ANNOUNCER:  In fact, laboratory studies

13  show that Fiber Thin can trap up to 400 fat calories a

14  day.

15          ON SCREEN:  **Weight Loss Specialist**

16          **Amber Pawlowski, RD, CLE**

17          **Registered Dietitian**

18          AMBER PAWLOWSKI:  Well, any time a product,

19  such as Fiber Thin, absorbs fat and eliminates it from

20  your body, your body is getting less fat and, therefore,

21  less calories.  The lower amount of calories that you

22  take in, the more weight that you're going to lose.

23          ON SCREEN:  **Lisa Roche**

24          **Lost Weight in Days!**

25          **Medical Sales**

                    For The Record, Inc.
                    Waldorf, Maryland
                    (301)870-8025

                                        000023

                                    EXHIBIT A

8

1          **Results Vary**

2          LISA ROCHE:  Within a three-week period, my

3     body fat went from 22 percent to 17.5.  No other product

4     has ever done that for me.

5          MALE ANNOUNCER:  Also included in the Fiber

6     Thin System is MetaboUp.

7          **ON SCREEN:  All Natural**

8          **Increases Energy**

9          **Boosts Metabolism Up to 43%**

10         MALE ANNOUNCER:  MetaboUp is a blend of all-

11    natural herbs that are scientifically proven to increase

12    your energy and boost your metabolism up to 43 percent.

13         **ON SCREEN:  Burn More Calories Every Day!**

14         MALE ANNOUNCER:  So, you'll be burning more

15    calories every day.

16         **ON SCREEN:  No Ephedrine!**

17         **No Side Effects!**

18         MALE ANNOUNCER:  And there's no ephedrine in

19    MetaboUp, so you won't have any side effects.

20         **ON SCREEN:  Do you WANT PROOF?**

21         MALE ANNOUNCER:  You want proof that Fiber Thin

22    works?

23         **ON SCREEN:  WE HAVE IT!**

24         MALE ANNOUNCER:  Well, we have it.

25         **ON SCREEN:  42 Clinical Studies Prove That**

C00024
EXHIBIT A

1      **Fiber Thin™ Works!**

2               MALE ANNOUNCER:  Forty-two clinical studies,

3      some published in medical journals like --

4               **ON SCREEN:  Current Therapeutic Research**

5               MALE ANNOUNCER:  -- Current Therapeutic

6      Research --

7               **ON SCREEN:  International Journal of Obesity**

8               MALE ANNOUNCER:  -- the International Journal

9      of Obesity and --

10              **ON SCREEN:  American Journal of Clinical**

11     **Nutrition**

12              **"Glucomannan produced a significant mean**

13     **reduction in body weight..."**

14              **"Serum cholesterol and low density lipoprotein**

15     **cholesterol were significantly reduced..."**

16              **"Systolic arterial pressure decreased..."**

17              **"Many subjects indicated that they had a 'full'**

18     **feeling after taking glucomannan".**

19               **"...significant mean weight loss..."**

20               **"...substantial decrease in cholesterol**

21     **level..."**

22              **"Body weight decreased..."**

23              MALE ANNOUNCER:  -- the American Journal of

24     Clinical Nutrition found that subjects taking the

25     ingredients in Fiber Thin lost weight without diet and

000025
EXHIBIT A

1   exercise, and it also significantly lowered their

2   cholesterol.

3               **ON SCREEN:  Weight Loss Specialist**

4               **Amber Pawlowski, RD, CLE**

5               **Registered Dietitian**

6        AMBER PAWLOWSKI:  The proof is all right here.

7   Several studies were conducted on glucomannan propol, the

8   main ingredient in Fiber Thin.

9               **ON SCREEN:  Fiber Thin™ Works!**

10       AMBER PAWLOWSKI:  Fiber Thin works the way that

11   it's supposed to work.

12               **ON SCREEN:  Weight Loss Specialist**

13               **Amber Pawlowski, RD, CLE**

14               **Registered Dietitian**

15       AMBER PAWLOWSKI:  You can exercise like you

16   are, you can eat like you are, as long as you're taking

17   Fiber Thin, you're going to lose weight.

18               **ON SCREEN:  Weight Loss Guaranteed!**

19       MALE ANNOUNCER:  No other diet product is

20   clinically proven to deliver you results like this.

21               **ON SCREEN:  Fiber Thin™**

22               **Stay Tuned...**

23       MALE ANNOUNCER:  Now, let's join TV personality

24   Jeff Rechter (phonetic) and Fiber Thin representative

25   Robin Chamberlain who are going to show you how Fiber

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

C00026

EXHIBIT A

11

1    Thin works right before your eyes.   So, stay tuned.

2              **ON SCREEN:   Before photo**

3              **Jennifer McKnight**

4              **LOST 3.5 INCHES IN THIGHS!**

5              **House Keeper**

6              **Results Vary**

7              JENNIFER McKNIGHT:   I lost three-and-a-half

8    inches on my thighs and it was just a -- I noticed a

9    difference right away, as soon as I started losing it.

10   It was just like I walked and my thighs weren't touching

11   anymore.   I went, wow, this is nice.

12             **ON SCREEN:   Before photo**

13             **Angie Carrizosa**

14             **LOST 21 POUNDS!**

15             **Retail Sales**

16             **Results Vary**

17             ANGIE CARRIZOSA:   I have lots of confidence

18   now.   I mean, I can even show my stomach now and I

19   haven't been able to do that for three years and I can

20   finally show my stomach.

21             **ON SCREEN:   Lisa May**

22             *LOST 20 POUNDS!*

23             **Beauty Product Sales**

24             **Results Vary**

25             LISA MAY:   I feel wonderful.   I feel really

000027

EXHIBIT A

12

1    confident, really happy with myself and how I look and my

2    appearance.

3               **ON SCREEN:  Gail Scott**

4               **LOST 21 POUNDS!**

5               **Office Administrator**

6               **Results Vary**

7               GAIL SCOTT:  Now I'm being called skinny and

8 .   sexy and a lot of -- a lot of lot of comments.

9               **ON SCREEN:  Before photo**

10              **Chris Pasalaqua**

11              **LOST 21 LBS. OF BODY FAT!**

12              **Retired, Age 65**

13              **Results Vary**

14              CHRIS PASALAQUA:  I'm so amazed every time I

15    weigh that I've lost two or three more pounds because you

16    just feel so healthy, you know.  I just almost feel like

17    I could just move mountains.  I really do.

18             **ON SCREEN:  Fiber Thin™**

19              **Revolutionary Weight Loss System**

20              JEFF RECHTER:  Well, Robin, we're here in the

21    Fiber Thin kitchen where you're going to show us how the

22    Fiber Thin System works.

23              ROBIN CHAMBERLAIN:  That's right, Jeff.

24              JEFF RECHTER:  I can't wait to see this.

25              ROBIN CHAMBERLAIN:  Well, Jeff, first we're

13

1    going to demonstrate how Fiber Thin expands in your

2    stomach creating that full feeling.  We're going to use

3    this glass of water to show you how it works.  Now, let's

4    put a single dose of Fiber Thin in the glass.  Then we're

5    going to agitate it like your body does naturally.  Take

6    a close look.  You can already see it expanding.

7              ON SCREEN:  Fiber Thin™ Instant Action!

8              JEFF RECHTER:  Wow, look at that, it works

9    pretty quick.  You can already see it working in the

10   bottom there.

11             ROBIN CHAMBERLAIN:  The fat-trapping action

12   takes effect immediately.

13             Now, I have a glass over here that has been

14   sitting for about 15 minutes.  Take a look at this.

15             ON SCREEN:  Fiber Thin™ Exclusive Hunger

16   Satisfying Formula

17             JEFF RECHTER:  I don't believe it.  Look how

18   thick it is.  No wonder I felt full.  But does it have

19   any calories?

20             ROBIN CHAMBERLAIN:  No, it literally contains

21   no calories.

22             ON SCREEN:  Weight Loss Consultant

23             JIM AYRES

24             Ayres Weight Management

25             JIM AYRES:  The reason why Fiber Thin is so

090029

EXHIBIT A

14

1    effective in reducing appetite and eliminating cravings

2    is because when you take Fiber Thin 30 to 15 minutes

3    prior to a meal, it begins to expand in your stomach,

4    sending signals to your brain that I'm not that hungry --

5          ON SCREEN:  Feel FULL for HOURS!

6          JIM AYRES:  -- I'm full.

7          ON SCREEN:  Weight Loss Consultant

8          JIM AYRES

9          Ayres Weight Management

10         JIM AYRES:  So, when you sit down, you're going

11   to eat less food, the biggest challenge in trying to

12   maintain weight.

13         And because Fiber Thin is all fiber, the body

14   doesn't digest it right away.  So, the hunger

15   satisfaction is going to last for hours.  That is why

16   Fiber Thin is so successful.  That is why it helps so

17   many people reduce appetite and eliminate cravings.

18         ON SCREEN:  Katie Gardner

19         Lost 7 Lbs. In 2 Weeks!

20         Mother of Three

21         Results Vary

22         KATIE GARDNER:  It's so easy.  You don't have

23   to change your diet, you don't have to change your

24   exercise program, you just need to take the Fiber Thin a

25   little bit before you have your meal.  It makes you feel

15

1          full and it keeps you from overeating.

2                    ON SCREEN:  Lisa May

3                    LOST 20 POUNDS!

4                    Beauty Product Sales

5                    Results Vary

6                    LISA MAY:  I used to come home and eat these

7          big plates of food at night and I couldn't even fathom

8          eating a quarter of what I ate.

9                    ON SCREEN:  Carol Birdsall

10                   LOST 22 Lbs. Of Body Fat!

11                   Manicurist

12                   Results Vary

13                   CAROL BIRDSALL:  Even if you eat the way you

14         normally do, you're still going to lose the weight.

15                   ON SCREEN:  Gail Scott

16                   LOST 21 POUNDS!

17                   Office Administrator

18                   Results Vary

19                   GAIL SCOTT:  I would say the bottom line with

20         the Fiber Thin System is you feel satisfied, you eat less

21         and you lose weight.

22                   ROBIN CHAMBERLAIN:  Okay, Jeff, now for the

23         really exciting part, the fat-trapping.  We're going to

24         use some salad dressing for this demo.

25                   JEFF RECHTER:  There's a lot of fat in salad

000031

EXHIBIT A

16

1    dressing.

2         ROBIN CHAMBERLAIN:  Now, watch what happens.

3    I'm going to pour this fatty salad dressing right in.

4    So, now, it's like you've just eaten this fat.  Your

5    stomach is naturally going to move around a bit.

6         **ON SCREEN:  Fiber Thin™ Fat Trapping Sponge**

7         ROBIN CHAMBERLAIN:  Look how Fiber Thin is now

8    literally encapsulating the fat so your body doesn't

9    absorb it.

10        JEFF RECHTER:  Wow, you're right.  Look at it.

11   It's literally holding on to the fat.

12        ROBIN CHAMBERLAIN:  In fact, let me just put

13   some of this in a glass of water so you can really see

14   its fat-trapping capabilities.

15        JEFF RECHTER:  Look at that.  The fat is

16   staying in the fiber sponge.

17        **ON SCREEN:  Double The Weight Loss Power!**

18        JEFF RECHTER:  Now, I don't know about you, but

19   I definitely wouldn't want that sticking to my waist.

20        ROBIN CHAMBERLAIN:  Me either.  And with Fiber

21   Thin it won't.  That Fiber Thin sponge starts to break up

22   and digest through your system naturally --

23        **ON SCREEN:  For best results/maximum weight**

24   **loss, follow the Fiber Thin System low-calories diet and**

25   **exercise plan.**

C00032

EXHIBIT A

1      ROBIN CHAMBERLAIN:  -- so the fat doesn't start

2  adding those unwanted inches to your waist.

3      JEFF RECHTER:  Seeing is believing, Robin.

4      **ON SCREEN:  Fiber Thin™**

5      **Instant Replay!**

6      ROBIN CHAMBERLAIN:  The proof that Fiber Thin

7  works is all right here before your eyes.

8      **ON SCREEN:  Weight Loss Specialist**

9      **Amber Pawlowski, RD, CLE**

10     **Registered Dietitian**

11     AMBER PAWLOWSKI:  There are several studies

12 that have shown that glucomannan propol, the active

13 ingredient in Fiber Thin, as it's expanding in your

14 stomach, absorbs some of the saturated fat and eliminates

15 it from your body.

16     **ON SCREEN:  Weight Loss Specialist**

17     **Amber Pawlowski, RD, CLE**

18     **Registered Dietitian**

19     AMBER PAWLOWSKI:  One of the studies conducted

20 found that if you take Fiber Thin before each of your

21 meals, you can trap up to 400 fat calories a day.

22     **ON SCREEN:  Carol Birdsall**

23     **LOST 22 Lbs. Of Body Fat!**

24     **Manicurist**

25     **Results Vary**

18

1        CAROL BIRDSALL:  The Fiber Thin helps with the

2    fat that you intake so that you don't absorb it through

3    your body.  Since the fat's off, your body is more

4    defined-looking.  You can see your muscle tone better.

5    And so, of course, that looks way better than fat.

6        **ON SCREEN:  Before photo**

7        **Ted Wilson**

8        **LOST 20 POUNDS!**

9        **Contractor**

10       **Results Vary**

11       TED WILSON:  No one's perfect and I still don't

12   have a perfect diet.  I think the times that you do mess

13   up, the Fiber Thin's there to take over and burn off that

14   extra -- the extra fat that you normally wouldn't burn

15   off.

16       JEFF RECHTER:  All right, Robin, you've got me

17   convinced.

18       ROBIN CHAMBERLAIN:  But I have something even

19   better.  After the break, you're going to see someone

20   lose 50 pounds right before your eyes.

21       JEFF RECHTER:  I can't wait to see that.  Now,

22   you folks at home, get ready to dial that phone because

23   we're about to tell you how to order this revolutionary

24   new Fiber Thin System for yourself.

25       Stay tuned.

19

1          MALE ANNOUNCER:  Do you dream of having that

2   thin, lean body but you just can't seem to lose that

3   weight?  You've tried the terrible tasting diet foods,

4   the strenuous exercise and those messy shakes that leave

5   you starving.  You're just fed up because nothing works.

6          ON SCREEN:  **What CAN YOU DO?**

7          MALE ANNOUNCER:  What can you do?

8          ON SCREEN:  **DON'T GIVE UP!**

9          MALE ANNOUNCER:  Don't give up, because now,

10   for the first time ever, one of the most powerful weight

11   loss systems ever developed is available to you called

12   the Fiber Thin System.

13          ON SCREEN:  **GUARANTEED YOU'LL LOSE UP TO 20**

14   **LBS. IN 30 DAYS!**

15          **OR YOUR MONEY BACK!**

16          MALE ANNOUNCER:  This system guarantees you'll

17   lose up to 20 pounds in 30 days or your money back.

18          ON SCREEN:  **Before photo**

19          **Ron Phipps**

20          **LOST 50 LBS. IN 3 MONTHS!**

21          **City Controller**

22          **Results Vary**

23          RON PHIPPS:  I lost 50 pounds on the Fiber Thin

24   System.

25          ON SCREEN:  **Before photo**

C00035

EXHIBIT A

20

| | |
|---|---|
| 1 | Debbie Jones |
| 2 | LOST 34 POUNDS! |
| 3 | Grandmother |
| 4 | Results Vary |
| 5 | DEBBIE JONES:  I lost 34 pounds. |
| 6 | ON SCREEN:  Before photo |
| 7 | Dennis Barone |
| 8 | LOST 20 POUNDS! |
| 9 | Construction Foreman |
| 10 | Results Vary |
| 11 | DENNIS BARONE:  I lost 20 pounds on the Fiber |
| 12 | Thin System. |
| 13 | ON SCREEN:  Clinically Proven |
| 14 | Guaranteed Weight Loss! |
| 15 | No Special Diet or Exercise Program Needed |
| 16 | MALE ANNOUNCER:  The ingredients in the Fiber |
| 17 | Thin System are clinically proven to deliver you weight |
| 18 | loss results without any special diet or exercise |
| 19 | program. |
| 20 | ON SCREEN:  For best results/maximum weight |
| 21 | loss, follow the diet and exercise plan. |
| 22 | GUARANTEED WEIGHT LOSS! |
| 23 | MALE ANNOUNCER:  Included in the Fiber Thin |
| 24 | System is the Guide to Healthy Living. |
| 25 | ON SCREEN:  Full of Valuable Weight Loss Tips! |

C00036

EXHIBIT A


21

1        **Lose Even More Weight!**

2        MALE ANNOUNCER:  This guide gives you diet and

3    exercise tips so you lose even more weight.  When you

4    combine Fiber Thin with the Guide to Healthy Living, we

5    guarantee you'll lose up to 20 pounds in 30 days or your

6    money back.

7        **ON SCREEN:  Really Really Works!**

8        MALE ANNOUNCER:  And, yes, it really, really

9    works.

10       **ON SCREEN:  Jennifer Corlett**

11       **LOST WEIGHT IN DAYS!**

12       **College Student**

13       **Results Vary**

14       JENNIFER CORLETT:  With Fiber Thin, I didn't

15   have to diet, I didn't have to exercise and I still lost

16   weight.

17       **ON SCREEN:  Here's How FiberThin™ Works!**

18       MALE ANNOUNCER:  Here's how it works.

19       **ON SCREEN:  Active Ingredient Glucomannan**

20   **Propol Exclusive Only To Fiber Thin!**

21       MALE ANNOUNCER:  Fiber Thin is made up of an

22   all-natural fiber called glucomannan propol.  This

23   ingredient is exclusive and only available in the Fiber

24   Thin tablets.

25       **ON SCREEN:  You Will Feel Full For Hours!**

22

1          MALE ANNOUNCER:  These all-natural tablets

2    expand in your stomach, making you feel full for hours.

3          ON SCREEN:  Cravings are GONE!

4          MALE ANNOUNCER:  Cravings for food are gone.

5          ON SCREEN:  Weight Loss Consultant

6          JIM AYRES

7          Ayres Weight Management

8          JIM AYRES:  It's going to expand, it's going to

9    fill this void in your stomach, this empty space and it's

10   going to create hunger satisfaction for hours.

11         ON SCREEN:  Katie Gardner

12         Lost 7 Lbs. In 2 Weeks!

13         Mother of Three

14         Results Vary

15         KATIE GARDNER:  It makes you feel full and it

16   keeps you from overeating and I've lost seven pounds

17   because of that in two weeks.

18         ON SCREEN:  Traps Fat and Eliminates It From

19   Your Body Naturally!

20         MALE ANNOUNCER:  This powerful fiber then

21   becomes a fat-trapping machine that grabs fats and

22   eliminates them from your body.

23         ON SCREEN:  Traps Up to 400 Fat Calories Per

24   Day!

25         MALE ANNOUNCER:  In fact, laboratory studies

C00038

EXHIBIT A

23

1    show that Fiber Thin can trap up to 400 fat calories a

2    day.

3              ON SCREEN:  Weight Loss Specialist

4              Amber Pawlowski, RD, CLE

5              Registered Dietitian

6         AMBER PAWLOWSKI:  Well, any time a product,

7    such as Fiber Thin, absorbs fat and eliminates it from

8    your body, your body is getting less fat and, therefore,

9    less calories.  The lower amount of calories that you

10   take in, the more weight that you're going to lose.

11             MALE ANNOUNCER:  Also included in the Fiber

12   Thin System is MetaboUp.

13             ON SCREEN:  All Natural

14             Increases Energy

15             Boosts Metabolism Up to 43%

16             MALE ANNOUNCER:  MetaboUp is a blend of all-

17   natural herbs that are scientifically proven to increase

18   your energy and boost your metabolism up to 43 percent.

19             ON SCREEN:  Burn More Calories Every Day!

20             MALE ANNOUNCER:  So, you'll be burning more

21   calories every day.

22             ON SCREEN:  No Ephedrine!

23             No Side Effects!

24             MALE ANNOUNCER:  And there's no ephedrine in

25   MetaboUp, so you won't have any side effects.

C00039

EXHIBIT A

24

1          ON SCREEN:  Do you WANT PROOF?

2          MALE ANNOUNCER:  You want proof that Fiber Thin

3     works?

4          ON SCREEN:  WE HAVE IT!

5          MALE ANNOUNCER:  Well, we have it.

6          ON SCREEN:  42 Clinical Studies Prove That

7     Fiber Thin™ Works!

8          MALE ANNOUNCER:  Forty-two clinical studies,

9     some published in medical journals like --

10          ON SCREEN:  Current Therapeutic Research

11          MALE ANNOUNCER:  -- Current Therapeutic

12     Research --

13          ON SCREEN:  International Journal of Obesity

14          MALE ANNOUNCER:  -- the International Journal

15     of Obesity and --

16          ON SCREEN:  American Journal of Clinical

17     Nutrition

18          "Glucomannan produced a significant mean

19     reduction in body weight..."

20          "Serum cholesterol and low density lipoprotein

21     cholesterol were significantly reduced..."

22          "Systolic arterial pressure decreased..."

23          "Many subjects indicated that they had a 'full'

24     feeling after taking glucomannan".

25          "...significant mean weight loss..."

000040

EXHIBIT A

25

1          "...substantial decrease in cholesterol

2   **level..."**

3          **"Body weight decreased..."**

4          MALE ANNOUNCER:  -- the American Journal of

5   Clinical Nutrition found that subjects taking the

6   ingredients in Fiber Thin lost weight without diet and

7   exercise, and it also significantly lowered their

8   cholesterol.

9          ON SCREEN:  **Faster and Easier Than Anything**

10  **You've Tried!**

11         MALE ANNOUNCER:  We are so sure that you'll

12  lose weight faster and easier than anything you've ever

13  tried --

14         ON SCREEN:  **LISTEN TO THIS!**

15         **100% Satisfaction Guaranteed!**

16         MALE ANNOUNCER:  -- that we are offering this

17  remarkable guarantee.

18         ON SCREEN:  **TRY THE FIBER THIN™ SYSTEM FOR 30**

19  **DAYS**

20         MALE ANNOUNCER:  Try the Fiber Thin System for

21  30 days.

22         ON SCREEN:  **LOSE UP TO 20 LBS. IN 30 DAYS!**

23         MALE ANNOUNCER:  If you don't lose up to 20

24  pounds --

25         ON SCREEN:  **SEE RESULTS OR RETURN FOR A FULL**

C00041

EXHIBIT A

26

1       **REFUND OF THE PURCHASE PRICE!**

2                   MALE ANNOUNCER:  -- then just send it back for

3       a complete refund of the purchase price.

4                   ON SCREEN:  **THAT'S NOT ALL**

5                   MALE ANNOUNCER:  And that's just the beginning.

6                   ON SCREEN:  **RISK FREE TRIAL**

7                   **1-800-632-7673**

8                   MALE ANNOUNCER:  Call now and you'll receive a

9       30-day supply of the Fiber Thin tablets, a 30-day supply

10      of MetaboUp and the Guide to Healthy Living.

11                  ON SCREEN:  **30-DAY**

12                  **RISK-FREE TRIAL**

13                  **$19.95**

14                  **Plus S&H**

15                  **LIMITED**

16                  **TIME**

17                  **OFFER!**

18                  **GUARANTEED WEIGHT LOSS!**

19                  **CALL NOW!**

20                  **1-800-632-7673**

21                  MALE ANNOUNCER:  Fiber Thin is so confident

22      that you will see incredible results, that during this

23      special television offer, for only $19.95, you can try

24      this amazing weight loss system risk-free for 30 days.

25      That's right, for only $19.95, you can try the Fiber Thin

000042

EXHIBIT *A*

27

1    System.

2              ON SCREEN:  Above product information

3              Lose Up To 20 Lbs.

4              Or Get Your Money Back!

5              MALE ANNOUNCER:  And if you don't lose up to 20

6    pounds, then send it back and we'll refund your $19.95 --

7              ON SCREEN:  Your To Keep!

8              MALE ANNOUNCER:  -- and you can keep the Guide

9    to Healthy Living as our gift to you just for trying the

10   Fiber Thin System.

11             ON SCREEN:  BUT HOLD ON!   THERE'S EVEN MORE!

12             MALE ANNOUNCER:  But hold on --

13             ON SCREEN:  Fiber Thin

14             FREE SECOND

15                  MONTH

16                  SUPPLY

17             CALL NOW!

18             ABSOLUTELY FREE!

19             MALE ANNOUNCER:  -- if you call in the next 20

20   minutes, we'll send you a second month's supply

21   absolutely free.  That's right, a second month's supply

22   is yours free.  But you must call within the next 20

23   minutes to get this incredible offer.

24             ON SCREEN:  Lose Up To 20 Lbs.

25             Or Get Your Money Back!

000043

Exhibit A

28

1       30-DAY

2       RISK-FREE TRIAL

3       $19.95

4       Plus S&H

5       LIMITED

6       TIME

7       OFFER!

8       GUARANTEED WEIGHT LOSS!

9       CALL NOW!

10      1-800-632-7673

11              MALE ANNOUNCER:  So, what are you possibly

12      waiting for?  Pick up that phone right now because this

13      offer will not last.  You have nothing to lose but the

14      weight, so call now.

15              ON SCREEN:  Angie Carrizosa

16              Before Fiber Thin™

17              ANGIE CARRIZOSA:  I know if I lost weight, I

18      would be more healthy, I wouldn't sleep as much and I

19      know I'd be more active.

20              ON SCREEN:  Before photo

21              Angie Carrizosa

22              LOST 21 POUNDS!

23              Retail Sales

24              Results Vary

25              ANGIE CARRIZOSA:  Now, I go out a lot and I can

1   dance longer than before.  I used to go with my friends

2   out to parties and I was like, no, I'm too tired, and now

3   I'm like, let's keep on going.

4           ON SCREEN:  Before photo

5           Ted Wilson

6           LOST 20 POUNDS!

7           Contractor

8           Results Vary

9           TED WILSON:  I feel great.  I've got a lot more

10  energy than I've ever had in my life.  I'm in better

11  shape now than I was when I was 20.

12          ON SCREEN:  Before photo

13          Kathy Bennett

14          LOST 19 LBS. OF BODY FAT!

15          City Clerk

16          Results Vary

17          KATHY BENNETT:  It doesn't take any time, it

18  doesn't take any effort and you don't have to sit there

19  and be miserable.  You can actually start feeling good.

20          ON SCREEN:  30 DAY RISK FREE TRIAL $19.95 + S&H

21          1-800-632-7673

22          KATHY BENNETT:  It's not a matter of too late,

23  too old or too heavy.  It can happen.  It's just so much

24  fun.

25          (Applause.)

000045

EXHIBIT A

1          JEFF RECHTER:  Welcome back.  Now, Robin, you

2     promised us we were going to see a gentleman lose 50

3     pounds before our very eyes.  I can't wait to see this.

4          ROBIN CHAMBERLAIN:  Okay, Jeff, let's bring out

5     Ron Phipps who's been on the Fiber Thin System for three

6     months.  Come on out, Ron.

7          **(Applause.)**

8          **ON SCREEN:  Ron Phipps**

9          **Before Fiber Thin™**

10         JEFF RECHTER:  Hi, Ron.  I don't want to be

11    rude, but it looks like you could lose a few pounds.

12         ROBIN CHAMBERLAIN:  Jeff, this is what Ron

13    looked like before he was on the Fiber Thin System.  Now,

14    I want to show you just how much weight he lost and

15    you're not going to believe it.  What I have here is five

16    pounds of fat.

17         JEFF RECHTER:  That's what five pounds of fat

18    looks like.  That's disgusting.

19         ROBIN CHAMBERLAIN:  Just wait 'til you see how

20    much Ron lost.  Audience, help me out.  Jeff, start

21    stacking.

22         **ON SCREEN:  Fiber Thin™ Weight Loss Results**

23         **Weight counter in corner**

24         JEFF RECHTER:  Okay.

25         AUDIENCE, ROBIN AND JEFF:  Five.  Ten.

31

1    Fifteen. Twenty. Twenty-five. Thirty. Thirty-five.

2    Forty. Forty-five. And fifty.

3              ON SCREEN:  Lost 50 Pounds on Fiber Thin™

4              (Applause.)

5         JEFF RECHTER:  Wow, that is amazing.  How does

6    it feel to lose all that weight?

7         RON PHIPPS:  It feels great, and I haven't felt

8    this good since high school.

9         ROBIN CHAMBERLAIN:  Okay, Ron, let's show the

10   audience what you look like 50 pounds lighter.

11             ON SCREEN:  For best results/maximum weight

12   loss, follow the Fiber Thin System low-calorie diet and

13   exercise plan.

14             (Applause.)

15        JEFF RECHTER:  That is unbelievable.

16             ON SCREEN:  Ron Phipps 50 lbs. Lighter!

17        JEFF RECHTER:  How long did it take you to lose

18   all that weight?

19        RON PHIPPS:  Only three months.

20        JEFF RECHTER:  That's fantastic.

21   Congratulations, Ron, on your success.

22             ON SCREEN:  30 DAY RISK FREE TRIAL $19.95 + S&H

23             1-800-632-7673

24        For best results/maximum weight loss, follow

25   the diet and exercise plan.

000047

EXHIBIT A

32

1      JEFF RECHTER:  Now, Ron got extraordinary

2  results through the Fiber Thin System.  Let's take a look

3  at some other people who also got great results through

4  the Fiber Thin System.

5          ON SCREEN:  CASE STUDY

6          Fiber Thin™

7          12 Week Study

8          Ayres Weight Management

9          Test Fiber Thin on

10         60 Test Subjects

11         100% Weight Loss

12         Success (spelled wrong on screen)

13         ON SCREEN:  Weight Loss Consultant

14         JIM AYRES

15         Ayres Weight Management

16      JIM AYRES:  Ayres Weight Management has

17  evaluated several different weight loss products.  We

18  have never seen a product that delivers results like

19  Fiber Thin, period.  One hundred percent of the

20  individuals in our study lost weight.

21         ON SCREEN:  Before and after photos

22         Kathy Bennett

23         LOST 19 LBS. OF BODY FAT!

24         City Clerk

25         Results Vary

000048

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT A

1       JIM AYRES:  In our study, we observed

2   instantaneous results.

3           ON SCREEN:  Before and after photos

4           Debbie Jones

5           LOST 34 POUNDS!

6           Grandmother

7           Results Vary

8       JIM AYRES:  As a matter of fact, within the

9   first two days, we had people reporting that they had

10  lost a pound or two.

11          ON SCREEN:  Weight Loss Consultant

12          JIM AYRES

13          Ayres Weight Management

14      JIM AYRES:  And after one week, we observed

15  that some individuals lost anywhere from five to ten

16  pounds.

17          Now, that trend continued week after week after

18  week for a 12-week period.

19          ON SCREEN:  Before and after photos

20          Ed May

21          LOST 50 LBS. IN 3 MONTHS!

22          Medical Technician

23          Results Vary

24      JIM AYRES:  We had some people lose even up to

25  50 pounds.  Fiber Thin works.

090049

EXHIBIT A

34

1          ON SCREEN:  Fiber Thin™

2          CASE STUDY

3          ON SCREEN:  Deborah Jones

4          Before Fiber Thin™

5          DEBORAH JONES:  I want to be around to see my

6    grandkids, you know, and I want to be the kind of grandma

7.   that can take them to the park and run and play with them

8    and, you know -- and, you know, I'd like to lose weight

9    so they wouldn't be ashamed of their fat grandma, you

10   know.  That hurts.

11         ON SCREEN:  Before photo

12         Debbie Jones

13         LOST 34 POUNDS!

14         Grandmother

15         Results Vary

16         DEBORAH JONES:  What's most exciting is our

17   sons are very proud of me and -- oh, mom, your chins are

18   melting.  I don't have the chins anymore.  It was just

19   like, oh, I was so excited.

20         ON SCREEN:  Fiber Thin™

21         CASE STUDY

22         ON SCREEN:  Ed May

23         Before Fiber Thin™

24         ED MAY:  The biggest thing I think is my

25   problem is low metabolism rate.

C00050

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT A

1          ON SCREEN:  Before photo

2          Ed May

3          LOST 50 LBS. IN 3 MONTHS!

4          Medical Technician

5          Results Vary

6          ED MAY:  I didn't think I could ever get down

7     to this weight because I thought my metabolism was so

8     slow that it would never change.  I was amazed in the

9     first week.  I lost like 10 pounds without trying.

10          ON SCREEN:  Before photo

11          Ed May

12          LOST 8 INCHES OFF WAIST!

13          Medical Technician

14          Results Vary

15          ED MAY:  If you want to stay the same, don't

16     use Fiber Thin.  If you want to lose weight, use Fiber

17     Thin.

18          MALE ANNOUNCER:  Do you dream of having that

19     thin, lean body but you just can't seem to lose that

20     weight?

21          ON SCREEN:  This is a paid advertisement for

22     Fiber Thin, LLC.

23          MALE ANNOUNCER:  You've tried the terrible

24     tasting diet foods, the strenuous exercise and those

25     messy shakes that leave you starving.  You're just fed up

1    because nothing works.

2              ON SCREEN:  What CAN YOU DO?

3              MALE ANNOUNCER:  What can you do?

4              ON SCREEN:  DON'T GIVE UP!

5              MALE ANNOUNCER:  Don't give up, because now,

6    for the first time ever, one of the most powerful weight

7    loss systems ever developed is available to you called

8    the Fiber Thin System.

9              ON SCREEN:  GUARANTEED YOU'LL LOSE UP TO 20

10   LBS. IN 30 DAYS!

11             OR YOUR MONEY BACK!

12             MALE ANNOUNCER:  This system guarantees you'll

13   lose up to 20 pounds in 30 days or your money back.

14             ON SCREEN:  Before photo

15             Ron Phipps

16             LOST 50 LBS. IN 3 MONTHS!

17             City Controller

18             Results Vary

19             RON PHIPPS:  I lost 50 pounds on the Fiber Thin

20   System.

21             ON SCREEN:  Before photo

22             Debbie Jones

23             LOST 34 POUNDS!

24             Grandmother

25             Results Vary

C00052

EXHIBIT A

1       DEBBIE JONES:  I lost 34 pounds.

2       ON SCREEN:  Before photo

3       Dennis Barone

4       LOST 20 POUNDS!

5       Construction Foreman

6       Results Vary

7       DENNIS BARONE:  I lost 20 pounds on the Fiber

8   Thin System.

9       ON SCREEN:  Clinically Proven

10      Guaranteed Weight Loss!

11      No Special Diet or Exercise Program Needed

12      MALE ANNOUNCER:  The ingredients in the Fiber

13  Thin System are clinically proven to deliver you weight

14  loss results without any special diet or exercise

15  program.

16      ON SCREEN:  For best results/maximum weight

17  loss, follow the diet and exercise plan.

18      GUARANTEED WEIGHT LOSS!

19      MALE ANNOUNCER:  Included in the Fiber Thin

20  System is the Guide to Healthy Living.

21      ON SCREEN:  Full of Valuable Weight Loss Tips!

22      Lose Even More Weight!

23      MALE ANNOUNCER:  This guide gives you diet and

24  exercise tips so you lose even more weight.  When you

25  combine Fiber Thin with the Guide to Healthy Living, we

38

1    guarantee you'll lose up to 20 pounds in 30 days or your

2    money back.

3         ON SCREEN:  Really Really Works!

4         MALE ANNOUNCER:  And, yes, it really, really

5    works.

6         ON SCREEN:  Jennifer Corlett

7         LOST WEIGHT IN DAYS!

8         College Student

9         Results Vary

10        JENNIFER CORLETT:  With Fiber Thin, I didn't

11   have to diet, I didn't have to exercise and I still lost

12   weight.

13        ON SCREEN:  Here's How FiberThin™ Works!

14        MALE ANNOUNCER:  Here's how it works.

15        ON SCREEN:  Active Ingredient Glucomannan

16   Propol Exclusive Only To Fiber Thin!

17        MALE ANNOUNCER:  Fiber Thin is made up of an

18   all-natural fiber called glucomannan propol.  This

19   ingredient is exclusive and only available in the Fiber

20   Thin tablets.

21        ON SCREEN:  You Will Feel Full For Hours!

22        MALE ANNOUNCER:  These all-natural tablets

23   expand in your stomach, making you feel full for hours.

24        ON SCREEN:  Cravings are GONE!

25        MALE ANNOUNCER:  Cravings for food are gone.

090054



EXHIBIT A

39

1      ON SCREEN:  Weight Loss Consultant

2      JIM AYRES

3      Ayres Weight Management

4          JIM AYRES:  It's going to expand, it's going to

5   fill this void in your stomach, this empty space and it's

6   going to create hunger satisfaction for hours.

7      ON SCREEN:  Katie Gardner

8      Lost 7 Lbs. In 2 Weeks!

9      Mother of Three

10     Results Vary

11         KATIE GARDNER:  It makes you feel full and it

12   keeps you from overeating and I've lost seven pounds

13   because of that in two weeks.

14     ON SCREEN:  Traps Fat and Eliminates It From

15   Your Body Naturally!

16         MALE ANNOUNCER:  This powerful fiber then

17   becomes a fat-trapping machine that grabs fats and

18   eliminates them from your body.

19     ON SCREEN:  Traps Up to 400 Fat Calories Per

20   Day!

21         MALE ANNOUNCER:  In fact, laboratory studies

22   show that Fiber Thin can trap up to 400 fat calories a

23   day.

24     ON SCREEN:  Weight Loss Specialist

25     Amber Pawlowski, RD, CLE

000055

EXHIBIT A

40

1          **Registered Dietitian**

2          AMBER PAWLOWSKI:  Well, any time a product,

3    such as Fiber Thin, absorbs fat and eliminates it from

4    your body, your body is getting less fat and, therefore,

5    less calories.  The lower amount of calories that you

6    take in, the more weight that you're going to lose.

7          MALE ANNOUNCER:  Also included in the Fiber

8    Thin System is MetaboUp.

9          **ON SCREEN:  All Natural**

10         **Increases Energy**

11         **Boosts Metabolism Up to 43%**

12         MALE ANNOUNCER:  MetaboUp is a blend of all-

13   natural herbs that are scientifically proven to increase

14   your energy and boost your metabolism up to 43 percent.

15         **ON SCREEN:  Burn More Calories Every Day!**

16         MALE ANNOUNCER:  So, you'll be burning more

17   calories every day.

18         **ON SCREEN:  No Ephedrine!**

19         **No Side Effects!**

20         MALE ANNOUNCER:  And there's no ephedrine in

21   MetaboUp, so you won't have any side effects.

22         **ON SCREEN:  Do you WANT PROOF?**

23         MALE ANNOUNCER:  You want proof that Fiber Thin

24   works?

25         **ON SCREEN:  WE HAVE IT!**

000056

For The Record, Inc.
Waldorf, Maryland
(301)870-8025


EXHIBIT A

41

1              MALE ANNOUNCER:  Well, we have it.

2              ON SCREEN:  42 Clinical Studies Prove That

3     Fiber Thin™ Works!

4              MALE ANNOUNCER:  Forty-two clinical studies,

5     some published in medical journals like --

6              ON SCREEN:  Current Therapeutic Research

7              MALE ANNOUNCER:  -- Current Therapeutic

8     Research --

9              ON SCREEN:  International Journal of Obesity

10             MALE ANNOUNCER:  -- the International Journal

11    of Obesity and --

12             ON SCREEN:  American Journal of Clinical

13    Nutrition

14             "Glucomannan produced a significant mean

15    reduction in body weight..."

16             "Serum cholesterol and low density lipoprotein

17    cholesterol were significantly reduced..."

18             "Systolic arterial pressure decreased..."

19             "Many subjects indicated that they had a 'full'

20    feeling after taking glucomannan".

21             "...significant mean weight loss..."

22             "...substantial decrease in cholesterol

23    level..."

24             "Body weight decreased..."

25             MALE ANNOUNCER:  -- the American Journal of

000057

Exhibit A

42

1    Clinical Nutrition found that subjects taking the

2    ingredients in Fiber Thin lost weight without diet and

3    exercise, and it also significantly lowered their

4    cholesterol.

5         ON SCREEN:  Faster and Easier Than Anything

6    You've Tried!

7         MALE ANNOUNCER:  We are so sure that you'll

8    lose weight faster and easier than anything you've ever

9    tried --

10        ON SCREEN:  LISTEN TO THIS!

11        100% Satisfaction Guaranteed!

12        MALE ANNOUNCER:  -- that we are offering this

13   remarkable guarantee.

14        ON SCREEN:  TRY THE FIBER THIN™ SYSTEM FOR 30

15   DAYS

16        MALE ANNOUNCER:  Try the Fiber Thin System for

17   30 days.

18        ON SCREEN:  LOSE UP TO 20 LBS. IN 30 DAYS!

19        MALE ANNOUNCER:  If you don't lose up to 20

20   pounds --

21        ON SCREEN:  SEE RESULTS OR RETURN FOR A FULL

22   REFUND OF THE PURCHASE PRICE!

23        MALE ANNOUNCER:  -- then just send it back for

24   a complete refund of the purchase price.

25        ON SCREEN:  THAT'S NOT ALL

090058

 EXHIBIT A

1          MALE ANNOUNCER:  And that's just the beginning.

2          **ON SCREEN:  RISK FREE TRIAL**

3          **1-800-632-7673**

4          MALE ANNOUNCER:  Call now and you'll receive a

5    30-day supply of the Fiber Thin tablets, a 30-day supply

6    of MetaboUp and the Guide to Healthy Living.

7          **ON SCREEN:  30-DAY**

8          **RISK-FREE TRIAL**

9          **$19.95**

10         **Plus S&H**

11         **LIMITED**

12         **TIME**

13         **OFFER!**

14         **GUARANTEED WEIGHT LOSS!**

15         **CALL NOW!**

16         **1-800-632-7673**

17         MALE ANNOUNCER:  Fiber Thin is so confident

18    that you will see incredible results, that during this

19    special television offer, for only $19.95, you can try

20    this amazing weight loss system risk-free for 30 days.

21    That's right, for only $19.95, you can try the Fiber Thin

22    System.

23         **ON SCREEN:  Above product information**

24         **Lose Up To 20 Lbs.**

25         **Or Get Your Money Back!**

C00059

EXHIBIT A

44

1          MALE ANNOUNCER:  And if you don't lose up to 20

2     pounds, then send it back and we'll refund your $19.95 --

3          **ON SCREEN:  Your To Keep!**

4          MALE ANNOUNCER:  -- and you can keep the Guide

5     to Healthy Living as our gift to you just for trying the

6     Fiber Thin System.

7          **ON SCREEN:  BUT HOLD ON!  THERE'S EVEN MORE!**

8          MALE ANNOUNCER:  But hold on --

9          **ON SCREEN:  Fiber Thin**

10         **FREE SECOND**

11              **MONTH**

12              **SUPPLY**

13         **CALL NOW!**

14         **ABSOLUTELY FREE!**

15         MALE ANNOUNCER:  -- if you call in the next 15

16    minutes, we'll send you a second month's supply

17    absolutely free.  That's right, a second month's supply

18    is yours free.  But you must call within the next 15

19    minutes to get this incredible offer.

20         **ON SCREEN:  Lose Up To 20 Lbs.**

21         **Or Get Your Money Back!**

22         **30-DAY**

23         **RISK-FREE TRIAL**

24         **$19.95**

25         **Plus S&H**

C00060

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

L/\.....  A

45

1              LIMITED

2              TIME

3              OFFER!

4              GUARANTEED WEIGHT LOSS!

5              CALL NOW!

6              1-800-632-7673

7              MALE ANNOUNCER:  So, what are you possibly

8    waiting for?  Pick up that phone right now because this

9    offer will not last.  You have nothing to lose but the

10   weight, so call now.

11             ON SCREEN:  After photo

12             Lori Barnvak

13             LOST 10 POUNDS!

14             VP 01 Construction Company

15             Results Vary

16             LORI BARNVAK:  I am the ultimate junk food

17   junkie.  I will get out of bed in the middle of the night

18   to go to the store to get Twinkies.  And with these

19   things, for whatever reason, the craving for sugar isn't

20   there.

21             ON SCREEN:  Before photo

22             Debbie Jones

23             LOST 12 INCHES OFF WAIST!

24             Grandmother

25             Results Vary

000061

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT A

46

1        DEBBIE JONES:  When I was taking Fiber Thin, I

2   didn't feel like I was missing anything from my diet.  I

3   felt full.  I didn't crave sugar.  I -- for the first

4   time in my life, I did not crave chocolate.

5        ON SCREEN:  Before photo

6        Debbie Jones

7        LOST 34 POUNDS!

8        Grandmother

9        Results Vary

10        DEBBIE JONES:  It's really been great because I

11   don't feel like I'm missing the sugar and all the bigger

12   meals and things like that.  That's made a big

13   difference.

14        ON SCREEN:  30 DAY RISK FREE TRIAL $19.95 + S&H

15        1-800-632-7673

16        JEFF RECHTER:  Now, Robin, there are a lot of

17   other weight loss products out there.  So, I want to put

18   Fiber Thin to the test to prove that it's the most

19   amazing weight loss product ever developed.

20        ROBIN CHAMBERLAIN:  No problem, Jeff.  First,

21   I'd like to show you something that I'm sure you've seen

22   before.  This is a fat-trapping test.  Now, fat-trapping

23   type products are very popular because they work.  Almost

24   all of them are made of an active ingredient called

25   chitosan, which is made from shellfish.

000062

EXHIBIT A

1           JEFF RECHTER:  A lot of people are allergic to

2    shellfish.

3           **ON SCREEN:  This is a paid advertisement for**

4    **Fiber Thin, LLC.**

5           ROBIN CHAMBERLAIN:  That's true.  Now, this

6    glass test demonstrates the ability of a product to bind

7    and trap fat.  Now, we're going to do a side-by-side demo

8    of chitosan, which is found in most other fat-trapping

9    products versus the Fiber Thin product, which is 100

10   percent natural fiber from the konjac root.

11          JEFF RECHTER:  Okay, let's do it.

12          ROBIN CHAMBERLAIN:  Here's some olive oil,

13   which we'll pour into water.  This simulates fat entering

14   our body.

15          JEFF RECHTER:  Wow, look at the oil just

16   sitting there.

17          ROBIN CHAMBERLAIN:  Jeff, the powder you have

18   in front of you is a daily dose of the fat-trapping

19   ingredient called chitosan, and what I have is Fiber

20   Thin.

21          **ON SCREEN:  Chitosan    FiberThin**

22          **Fat-trapping demonstration**

23          ROBIN CHAMBERLAIN:  Now, what we're going to do

24   is simultaneously put a single dose of both products into

25   the glasses to see which product works better.

C00063

EXHIBIT A.

1          JEFF RECHTER:  Wow, Fiber Thin really is a

2     better product.  Look at all that fat being trapped and

3     falling to the bottom.  Look how big that is compared to

4     the chitosan product.

5          ROBIN CHAMBERLAIN:  But, Jeff, the Fiber Thin

6     System isn't done working yet.  You see, the exclusive

7     Fiber Thin Formula will expand 200 times its own size and

8     continues trapping fat as it expands.

9          **ON SCREEN:**

10         **Fiber Thin                    Chitosan**

11         **Still Trapping The Fat!       Stopped Working!**

12         JEFF RECHTER:  Boy, you can really see it now.

13    The Fiber Thin product is still working where the

14    chitosan product is just sitting there.

15         **ON SCREEN:  Weight Loss Consultant**

16         **JIM AYRES**

17         **Ayres Weight Management**     .

18         JIM AYRES:  Ayres Weight Management has

19    evaluated several different weight loss products.  We

20    have never seen a product that delivers results like

21    Fiber Thin, period.

22         **ON SCREEN:  RISK FREE TRIAL**

23         **1-800-632-7673**

24         JIM AYRES:  One hundred percent of the

25    individuals in our study lost weight.

000064

EXHIBIT A

49

1          ON SCREEN:  Weight Loss Specialist

2          Amber Pawlowski, RD, CLE

3          Registered Dietitian

4          AMBER PAWLOWSKI:  There are many benefits to

5    Fiber Thin.  They include reducing your cholesterol,

6    reducing your blood pressure --

7          ON SCREEN:  RISK FREE TRIAL

8          1-800-632-7673

9          AMBER PAWLOWSKI:  -- keeping your blood sugar

10   levels at a reasonable rate.  It aids in digestion.  It

11   traps the fat.

12         ON SCREEN:  Fiber Thin™ Works!

13         AMBER PAWLOWSKI:  And I haven't seen any other

14   products like this out on the market that really work

15   like Fiber Thin.

16         ON SCREEN:  30 DAY RISK FREE TRIAL $19.95 + S&H

17         1-800-632-7673

18         For best results/maximum weight loss, follow

19   the diet and exercise plan.

20         LISA ROCHE:  I think Fiber Thin is the best

21   product I've ever seen on the market out there.

22         KATIE GARDNER:  I have never tried a product

23   like Fiber Thin.  It just makes me feel full.  It fills

24   me up so that I don't overeat at meals.  It's an amazing

25   product.

000065

A

50

1    JENNIFER CORLETT:  I tried all the other diet

2  products and they didn't work.  I tried Fiber Thin and it

3  really works.

4    LORI BARNVAK:  Instant gratification.  You

5  know, most people start a diet and if they don't see the

6  pounds or feel better right away, that's when they get

7  off the diet.  This works almost instantaneously, you

8  know.  I mean, you're already seeing something happen

9  within the first couple days, so now it just makes you

10  want to do better.

11    **ON SCREEN:  Fiber Thin**

12    **CASE STUDY**

13    **ON SCREEN:  Ron Phipps**

14    **Before Fiber Thin™**

15    RON PHIPPS:  If I could get back down below

16  200, that would be great.  So, if I could lose 50 to 55

17  pounds, that would be an ultimate, you know, thrill and

18  goal.

19    **ON SCREEN:  Before photo**

20    **Ron Phipps**

21    **LOST 10 INCHES OFF WAIST!**

22    **City Controller**

23    **Results Vary**

24    RON PHIPPS:  I lost 50 pounds on the Fiber Thin

25  System and 10-and-a-half inches around my midsection.

090066

EXHIBIT A

51

1          ON SCREEN:  Before photo

2          Ron Phipps

3          LOST 50 LBS. IN 3 MONTHS!

4          City Controller

5          Results Vary

6          RON PHIPPS:  I saw my biggest results in the

7     first four weeks.  I think I lost 20 pounds in the first

8     four weeks just getting my metabolism going, you know,

9     eating -- eating more than I ever ate before and I was

10    never hungry.

11         ON SCREEN:  Before photo

12         Ron Phipps

13         LOST 10 INCHES OFF WAIST!

14         City Controller

15         Results Vary

16         RON PHIPPS:  These used to be my pants,

17    unfortunately, you know.  These were the pants that I

18    wore before I started the Fiber Thin System.  So, now I

19    no longer can fit into these and I hope I can permanently

20    get rid of them forever.

21         ON SCREEN:  Fiber Thin

22         CASE STUDY

23         ON SCREEN:  Kathy Bennett

24         Before Fiber Thin™

25         KATHY BENNETT:  My abdomen is definitely my

000067

EXHIBIT A

52

1    problem and I -- it's my problem to the degree that it's

2    really an out of control kind of thing at this point.

3         ON SCREEN:  Before photo

4         Kathy Bennett

5         LOST 5 INCHES OFF WAIST!

6         City Clerk

7         Results Vary

8         KATHY BENNETT:  I lost five inches on my waist

9    and I still can't believe it.  I'm so much happier with

10   how I feel.  My energy level is 100 percent greater than

11   I thought it would be.  I'm walking every day for a lot

12   of miles and I didn't think I'd be able to do that.

13   These are the overalls I wore before and they are too

14   big.  I can't wear them now and I love it.

15        ON SCREEN:  30 DAY RISK FREE TRIAL $19.95 + S&H

16             1-800-632-7673

17        JEFF RECHTER:  Now, we all know the best way to

18   lose weight is to follow a low-calorie meal and exercise

19   plan.  Guess what?  The Fiber Thin System includes a meal

20   and exercise plan.

21        ROBIN CHAMBERLAIN:  But sometimes our lives

22   become busy and hectic and we just don't find the time to

23   exercise or to eat right.

24        JEFF RECHTER:  Well, that's where the Fiber

25   Thin System tablets come in.  Fiber Thin will help you

53

1    reduce fat and calories from your diet by trapping the

2    fat and making you feel full, so you eat less.

3        ROBIN CHAMBERLAIN:  And your metabolism will

4    get a jumpstart will MetaboUp, so you can burn more

5    calories.

6        JEFF RECHTER:  Fiber Thin is the most amazing

7    product I've ever seen.  It's proven to work and the

8    company guarantees you'll lose weight or your money back.

9        ROBIN CHAMBERLAIN:  This is your last chance to

10   order, so call now.

11       MALE ANNOUNCER:  Do you dream of having that

12   thin, lean body but you just can't seem to lose that

13   weight?

14       **ON SCREEN:  This is a paid advertisement for**

15   **Fiber Thin, LLC.**

16       MALE ANNOUNCER:  You've tried the terrible

17   tasting diet foods, the strenuous exercise and those

18   messy shakes that leave you starving.  You're just fed up

19   because nothing works.

20       **ON SCREEN:  What CAN YOU DO?**

21       MALE ANNOUNCER:  What can you do?

22       **ON SCREEN:  DON'T GIVE UP!**

23       MALE ANNOUNCER:  Don't give up, because now,

24   for the first time ever, one of the most powerful weight

25   loss systems ever developed is available to you called

000069

EXHIBIT A

54

1       the Fiber Thin System.

2                   ON SCREEN:   GUARANTEED YOU'LL LOSE UP TO 20

3       LBS. IN 30 DAYS!

4                   OR YOUR MONEY BACK!

5                   MALE ANNOUNCER:   This system guarantees you'll

6       lose up to 20 pounds in 30 days or your money back.

7                   ON SCREEN:  Before photo

8                   Ron Phipps

9                   LOST 50 LBS. IN 3 MONTHS!

10                  City Controller

11                  Results Vary

12                  RON PHIPPS:  I lost 50 pounds on the Fiber Thin

13      System.

14                  ON SCREEN:  Before photo

15                  Debbie Jones

16                  LOST 34 POUNDS!

17                  Grandmother

18                  Results Vary

19                  DEBBIE JONES:  I lost 34 pounds.

20                  ON SCREEN:  Before photo

21                  Dennis Barone

22                  LOST 20 POUNDS!

23                  Construction Foreman

24                  Results Vary

25                  DENNIS BARONE:  I lost 20 pounds on the Fiber

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

090070



55

1    Thin System.

2              ON SCREEN:   Clinically Proven

3              Guaranteed Weight Loss!

4              No Special Diet or Exercise Program Needed

5              MALE ANNOUNCER:   The ingredients in the Fiber

6    Thin System are clinically proven to deliver you weight

7    loss results without any special diet or exercise

8    program.

9              ON SCREEN:   For best results/maximum weight

10   loss, follow the diet and exercise plan.

11             GUARANTEED WEIGHT LOSS!

12             MALE ANNOUNCER:   Included in the Fiber Thin

13   System is the Guide to Healthy Living.

14             ON SCREEN:   Full of Valuable Weight Loss Tips!

15             Lose Even More Weight!

16             MALE ANNOUNCER:   This guide gives you diet and

17   exercise tips so you lose even more weight.   When you

18   combine Fiber Thin with the Guide to Healthy Living, we

19·  guarantee you'll lose up to 20 pounds in 30 days or your

20   money back.

21             ON SCREEN:   Really Really Works!

22             MALE ANNOUNCER:   And, yes, it really, really

23   works.

24             ON SCREEN:   Jennifer Corlett

25             LOST WEIGHT IN DAYS!

56

1           College Student

2           Results Vary

3           JENNIFER CORLETT:  With Fiber Thin, I didn't

4      have to diet, I didn't have to exercise and I still lost

5      weight.

6           ON SCREEN:  Here's How FiberThin™ Works!

7           MALE ANNOUNCER:  Here's how it works.

8           ON SCREEN:  Active Ingredient Glucomannan

9      Propol Exclusive Only To Fiber Thin!

10          MALE ANNOUNCER:  Fiber Thin is made up of an

11     all-natural fiber called glucomannan propol.  This

12     ingredient is exclusive and only available in the Fiber

13     Thin tablets.

14          ON SCREEN:  You Will Feel Full For Hours!

15          MALE ANNOUNCER:  These all-natural tablets

16     expand in your stomach, making you feel full for hours.

17          ON SCREEN:  Cravings are GONE!

18          MALE ANNOUNCER:  Cravings for food are gone.

19          ON SCREEN:  Weight Loss Consultant

20          JIM AYRES

21          Ayres Weight Management

22          JIM AYRES:  It's going to expand, it's going to

23     fill this void in your stomach, this empty space and it's

24     going to create hunger satisfaction for hours.

25          ON SCREEN:  Katie Gardner

C00072



57

1                      Lost 7 Lbs. In 2 Weeks!

2                      Mother of Three

3                      Results Vary

4                      KATIE GARDNER:  It makes you feel full and it

5     keeps you from overeating and I've lost seven pounds

6     because of that in two weeks.

7                      ON SCREEN:  Traps Fat and Eliminates It From

8     Your Body Naturally!

9                      MALE ANNOUNCER:  This powerful fiber then

10    becomes a fat-trapping machine that grabs fats and

11    eliminates them from your body.

12                     ON SCREEN:  Traps Up to 400 Fat Calories Per

13    Day!

14                     MALE ANNOUNCER:  In fact, laboratory studies

15    show that Fiber Thin can trap up to 400 fat calories a

16    day.

17                     ON SCREEN:  Weight Loss Specialist

18                     Amber Pawlowski, RD, CLE

19                     Registered Dietitian

20                     AMBER PAWLOWSKI:  Well, any time a product,

21    such as Fiber Thin, absorbs fat and eliminates it from

22    your body, your body is getting less fat and, therefore,

23    less calories.  The lower amount of calories that you

24    take in, the more weight that you're going to lose.

25                     MALE ANNOUNCER:  Also included in the Fiber

1        Thin System is MetaboUp.

2                    ON SCREEN:  All Natural

3                    Increases Energy

4                    Boosts Metabolism Up to 43%

5                    MALE ANNOUNCER:  MetaboUp is a blend of all-

6        natural herbs that are scientifically proven to increase

7        your energy and boost your metabolism up to 43 percent.

8                    ON SCREEN:  Burn More Calories Every Day!

9                    MALE ANNOUNCER:  So, you'll be burning more

10       calories every day.

11                   ON SCREEN:  No Ephedrine!

12                   No Side Effects!

13                   MALE ANNOUNCER:  And there's no ephedrine in

14       MetaboUp, so you won't have any side effects.

15                   ON SCREEN:  Do you WANT PROOF?

16                   MALE ANNOUNCER:  You want proof that Fiber Thin

17       works?

18                   ON SCREEN:  WE HAVE IT!

19                   MALE ANNOUNCER:  Well, we have it.

20                   ON SCREEN:  42 Clinical Studies Prove That

21       Fiber Thin™ Works!

22                   MALE ANNOUNCER:  Forty-two clinical studies,

23       some published in medical journals like --

24                   ON SCREEN:  Current Therapeutic Research

25                   MALE ANNOUNCER:  -- Current Therapeutic

090074

EXHIBIT A

59

1      Research --

2                   ON SCREEN:  International Journal of Obesity

3                   MALE ANNOUNCER:  -- the International Journal

4      of Obesity and --

5                   ON SCREEN:  American Journal of Clinical

6      Nutrition

7                   "Glucomannan produced a significant mean

8      reduction in body weight..."

9                   "Serum cholesterol and low density lipoprotein

10     cholesterol were significantly reduced..."

11                  "Systolic arterial pressure decreased..."

12                  "Many subjects indicated that they had a 'full'

13     feeling after taking glucomannan".

14                  "...significant mean weight loss..."

15                  "...substantial decrease in cholesterol

16     level..."

17                  "Body weight decreased..."

18                  MALE ANNOUNCER:  -- the American Journal of

19     Clinical Nutrition found that subjects taking the

20     ingredients in Fiber Thin lost weight without diet and

21     exercise, and it also significantly lowered their

22     cholesterol.

23                  ON SCREEN:  Faster and Easier Than Anything

24     You've Tried!

25                  MALE ANNOUNCER:  We are so sure that you'll

60

```
 1        lose weight faster and easier than anything you've ever

 2        tried --

 3                   ON SCREEN:  LISTEN TO THIS!

 4                   100% Satisfaction Guaranteed!

 5                   MALE ANNOUNCER:  -- that we are offering this

 6        remarkable guarantee.

 7                   ON SCREEN:  TRY THE FIBER THIN™ SYSTEM FOR 30

 8        DAYS

 9                   MALE ANNOUNCER:  Try the Fiber Thin System for

10        30 days.

11                   ON SCREEN:  LOSE UP TO 20 LBS. IN 30 DAYS!

12                   MALE ANNOUNCER:  If you don't lose up to 20

13        pounds --

14                   ON SCREEN:  SEE RESULTS OR RETURN FOR A FULL

15        REFUND OF THE PURCHASE PRICE!

16                   MALE ANNOUNCER:  -- then just send it back for

17        a complete refund of the purchase price.

18                   ON SCREEN:  THAT'S NOT ALL

19                   MALE ANNOUNCER:  And that's just the beginning.

20                   ON SCREEN:  RISK FREE TRIAL

21                   1-800-632-7673

22                   MALE ANNOUNCER:  Call now and you'll receive a

23        30-day supply of the Fiber Thin tablets, a 30-day supply

24        of MetaboUp and the Guide to Healthy Living.

25                   ON SCREEN:  30-DAY
```

090076

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT A

61

| | |
|---|---|
| 1 | **RISK-FREE TRIAL** |
| 2 | **$19.95** |
| 3 | **Plus S&H** |
| 4 | **LIMITED** |
| 5 | **TIME** |
| 6 | **OFFER!** |
| 7 | **GUARANTEED WEIGHT LOSS!** |
| 8 | **CALL NOW!** |
| 9 | **1-800-632-7673** |

10   MALE ANNOUNCER:  Fiber Thin is so confident

11   that you will see incredible results, that during this

12   special television offer, for only $19.95, you can try

13   this amazing weight loss system risk-free for 30 days.

14   That's right, for only $19.95, you can try the Fiber Thin

15   System.

16   **ON SCREEN:  Above product information**

17   **Lose Up To 20 Lbs.**

18   **Or Get Your Money Back!**

19   MALE ANNOUNCER:  And if you don't lose up to 20

20   pounds, then send it back and we'll refund your $19.95 --

21   **ON SCREEN:  Your To Keep!**

22   MALE ANNOUNCER:  -- and you can keep the Guide

23   to Healthy Living as our gift to you just for trying the

24   Fiber Thin System.

25   **ON SCREEN:  BUT HOLD ON!  THERE'S EVEN MORE!**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

090077

EXHIBIT A

62

1          MALE ANNOUNCER:  But hold on --

2          ON SCREEN:  Fiber Thin

3          FREE SECOND

4              MONTH

5              SUPPLY

6          CALL NOW!

7          ABSOLUTELY FREE!

8          MALE ANNOUNCER:  -- if you call in the next

9      five minutes, we'll send you a second month's supply

10    absolutely free.  That's right, a second month's supply

11    is yours free.  But you must call within the next five

12    minutes to get this incredible offer.

13         ON SCREEN:  Lose Up To 20 Lbs.

14        Or Get Your Money Back!

15        30-DAY

16        RISK-FREE TRIAL

17        $19.95

18        Plus S&H

19        LIMITED

20        TIME

21        OFFER!

22        GUARANTEED WEIGHT LOSS!

23        CALL NOW!

24        1-800-632-7673

25        MALE ANNOUNCER:  So, what are you possibly

63

1    waiting for?  Pick up that phone right now because this

2    offer will not last.  You have nothing to lose but the

3    weight, so call now.

4              ON SCREEN:  FiberThin™

5              The preceding was a paid advertisement for

6    Fiber Thin™ brought to you by Fiber Thin™ L.L.C.

7              Individual results may vary.  All logos,

8    product names and packages are sole property of Fiber

9    Thin™ L.L.C.

10             MALE ANNOUNCER:  The preceding was a paid

11   advertisement for the Fiber Thin System.

12             (The video was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

000079

EXHIBIT A.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: <u>0323196</u>

CASE TITLE: <u>FIBER THIN LLC</u>

TAPING DATE: <u>NOVEMBER 15, 2003</u>

TRANSCRIPTION DATE: <u>JANUARY 13, 2004</u>

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   JANUARY 13, 2004

*Elizabeth M. Farrell*

ELIZABETH M. FARRELL

# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

KATHY J. DE MENT

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

000080

EXHIBIT A



**EXCLUSIVE HUNGER SATISFYING FORMULA** ▸ ORDER STATUS

⁤ FAQ    ⁤ CLINICAL STUDIES    ⁤ HEALTH GUIDE    ⁤ PURCHASE



Fiberthin™ is the most revolutionary weight loss system ever developed.
Ingredients in Fiber-Thin are clinically proven to deliver dramatic weight loss results.

- **Fiberthin works!**
- **It's easy!**
- **You'll feel full!**
- **No dieting!**

Fiber Thin is the only product that has this dual action weight loss effect: appetite
suppression; fat trapping.

Click here to buy Fiberthin now!!



© Copyright 2002-2003 Fiberthin™-Fiber-Thin™ LLC.
All material on this website is protected by US and International Copyright Laws

000081

EXHIBIT B



**EXCLUSIVE HUNGER SATISFYING FORMULA**

FAQ · CLINICAL STUDIES · HEALTH GUIDE · PURCHASE



**Fiber Thin/MetaboUp 30 Day Supply**

**Quantity:** 1
**ONLY: $39.90**
Standard Shipping: $9.95 S&H 

Add to Cart      Checkout

Additional bottles may be purchased for only $19.95 each, with <u>no</u> additional shipping and handling!

Simply change the quantity indicated to two or more, and Click 'Add to Cart', followed by 'Checkout'. Your discounted pricing will be automatically calculated!

For questions, call Customer Service: (888) 282-8160

To Check on the status of your order, please click the button below



© Copyright 2002-2003 Fiberthin<sup>TM</sup> LLC.
All material on this website is protected by US and International Copyright Laws

000082

EXHIBIT $\beta$

7/28/2003



**Major Clinical Studies**

1. V. Vuksan et. al.
Beneficial effects of viscous dietary fiber from konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial.
Diabetes Care, Volume 23, No. 1, p.9-14, January 2000

2. V. Vuksan et. al.
Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes: a randomized controlled metabolic trial.
Diabetes Care, Volume 22, No. 6, p.913-919, June 1999

3. K. Doi et. al.
Treatment of diabetes with glucomannan.
Lancet, p.987-988, May 5, 1979

4. K. Ebihara et. al.
Effect of konjac-mannan, a water-soluble dietary fiber on plasma glucose and insulin responses in young men undergone glucose tolerance test.
Nutrition Reports International, Volume 23, No. 4, p.577-583, April 1981

5. K. Doi et. al.
Effect of glucomannan on glucose and lipid metabolism in normal and diabetic subjects.
International Congress Environmental Interaction in Diabetes Mellitus; Proceedings of the Third Symposium on Diabetes Mellitus in Asia and Oceania.
Honolulu, February 6-7, 1981

6. H. Chen-yu et. al.
Effect of konjac food on blood glucose level in patients with diabetes.
Biochemical and Environmental Science 3, p.123-31, 1990

7. K. Doi et. al.
Dietary fiber in the treatment of diabetes mellitus.
Proceedings of the fourth seminar of diabetes mellitus and nutrition, Kobe, November 22-23, p.200-6, 1983

8. K. Doi et. al.
Metabolic nutritional effect of long-term use of glucomannan in the treatment of obese diabetics.
Progress Progress in Obesity Research, eds. Y. Oomura et. al.
John Libbey & Company Ltd. p.507-514, 1990

9. K. Shima et. al.
Augmented serum insulin response to glucose infusion after the ingestion of konnyaku.
Pro. Soc. Exp. Med., Volume 137, p.872-876, 1971

10. K. Shimia et. al.
Effect of dietary fiber, konjac mannan and sugar gum, on absorption of sulfonylurea in man.
Nutrition Reports International, Volume 26, p.297-302, 1982

11. H. H. Vorster et. al.
The effect of long-term ingestion of konjac-glucomannan on glucose tolerance and immunoreactive insulin values on baboons.
SA Mediese Tydskrif Deel, p.805-808, 19 May 1984

090083

EXHIBIT B

12. D.E. Walsh et. al.
Effect of glucomannan on obese patients: a clinical study.
International Journal of Obesity, 7, p.289-293, 1984

13. R&D Department, Shimizu Chemical Corporation
Clinical Study of Propol on Obesity

14. M.L. Berrizbeitia et. al.
Glucomannan - dietary fiber action in body weight loss and in the regulation of lipemia values in overweight patients
Military Hospital, Caracas, Department of Cardiology

15. E. Rodriguez de Roa et. al.
Pharmacologic intervention program in infantile obesity and dislipidemias:
usefulness of the dietary fiber glucomannan
Jose Ignacio Baldo Hospital, Cardiology Department
Vargas Hospital, Gastroenterology Department
Risk factors consultation, Caracas, Venezuela

16. P.M. Vita et. al.
Impiego cronico del glucomannano nel trattamento delle obesita severe (Chronic use of glucomannan in the dietary treatment of severe obesity)
Minerva Med., Vol 83, p. 135-139, 1992 (Italian)

17. C. Livieri et. al.
Usefulness of Highly Purified Glucomannan Fibers in Childhood Obesity
Impiego di fibre a base di glucomannano altamente purificato nell'obesita infantile
Ped. Med. Chr. (Mrg. Sug. Ped.) 1992, 14: p.195-198 (Italian, English translation)

18. Z. Mayo-yu et. al.
The Effect of Foods containing Refined Konjac Meal on Human Lipid Metabolism
Biochemical and Environmental Sciences, 3, p. 99-105, 1990

19. G. Biancardi et. al.
Glucomannan in the treatment of Overweight Patients with Osteoporosis
Current Therapeutic Research, Vo. 46, No. 5, p. 908-912, November 1989

20. S. Salvatoni et. al.
Quadro lipidico ed eccesso ponderale nell'obesita infantile: influenza di un supplemento farmacologico alla dieta (Serum lipids in obese children: a double blind controlled trial on treatment by diet only vs. diet and drugs)
Peg. Oggi - Vol. XI - n. 9, p. 243-245, September, 1991 (Italian)

21. G.C. Refo et. al.
Glucomannan in Hypertensive Outpatients: Pilot Clinical Trial
Current Therapeutic Research Vol. 44, July 1988, p. 22-27

22. A. Arvill et. al.
Effect of short-term ingestion of Konjac glucomannan on serum cholesterol in healthy men
The American Journal of Clinical Nutrition; 61: 585-9, 1995

23. F. Terasawa et. al.
The Effects of Konjac Flour on the Blood Lipids in the Elderly Subjects
Japan Journal of Nutrition, 104, p. 69-78, 1974

24. S. Kiriyama et. al.
Inhibitory Effect of Konjac Manna on Bile Acid Transport in the Everted Sacs from Rat Ileum
The Journal of Nutrition, 104, p. 69-78, 1974

25. K. Ebihara et. al.
Interaction of Bile Acids, Phopholipids, Cholesterol and Triglyceride with Dietary Fibers in the Small Intestine of Rats
American Journal of Nutrition, p. 1100-1106, 1989

26. G. C. Refo et. al.
Double-Blind Evaluation of Glucomannan versus Placebo in Postinfarcted Patients after Cardiac Rehabilitation
Current Therapeutic Research, Vol. 47, No. 5, p. 753-758, May 1990

090084

27. T. Cesa et. al.
Utilizzazione delle fibre vegetali per la terapia del deabete gestazionale c/o dell1 eccesivo
Aumento ponderale in gravidanza
(User of vegetable fiber in the treatment of gestational diabetes and/or excessive weight gain in pregnancy)
Minerva Ginecologica, 42: 271-4, 1990 (Italian)

28. G. Magneti et. al.
Fibre dietetichie de OGTT: variazioni glicemiche dopo somministrazione di un nuovo glucomanno purificato
Act Biomedica de [L'Ateneo Parmense], 55, 1984, p. 15-14

29. L.J. Marsicano et. al.
Use of the Glocomannan Dietary Fiber in the Modification of the Intestinal Habit
Vargas Hospital, Caracas, Department of Gastroenterology
Military Hospital, Caracas, Department of Cardiology

30. J.L. Rosado et. al.
Composition and Phycho-chemical Properties of Different Sources if Dietary Fiber with its Gastrointestinal Effect
Department do Fisiologia de la Nutrition
Instituto Nacional de la Nutrition Salvador Zubiran

31. K. Ebihara et. al.
Major Determinants of Plasma Glucose - Flattening Activity of a Water-Soluble Dietary Fiber:
Effect of Konjac Mannan on Gastric Emoting and Intraluminal Glucose-Diffusion
Nutrition Reports International, Vol. 23, No. 6, P. 1145-1156, June 1981

32. W.P.M. Hopman et. al.
Glucomannan prevent prostprandial hypoglycemia in patients with previous gastric surgery
Gut, 29, p.930-934, 1988

33. S. Passaretti et. al.
Action of Glucomannan on complaints in patients affected with chronic constipation: a multicentric clinical
evaluation
The Italian Journal of Gastroenterology, Vol.23, No. 7, P.421-425, September/October, 1991

34. A. Staiano et. al.
Effect of the dietary fiber glucomannan on chronic constipation in neurologically impaired Children
The Journal of Pediatrics, January 2000: 136: p.41-45

35. C.M. Frank Kneepkens et. al.
Dumping syndrome in Children
Acta Poediar, Scand. 77, p. 279-286, 1988

36. L. Marzio et. al.
Mouth-to-Cerum Transit Time in Patients Affected by Chronic Constipation: Effect of Glucomannan
American Journal of Gastroenterology, Vol. 84, No. 8, p/ 888-891, 1989

37. Dose-Response Study with Glucomannan in Rats
Hazelton Laboratories America Inc.
[Prebiotics/Probiotics]

38. T. Mizutani et. al.
Effect of Konjac Mannan on Intestinal Microflora and Tumorigenesis
First International Meeting on Intestinal Microflora, Gastroenterology International, Vol II
Suppl. 1, p. 52-55, 1998

39. T. Mizutani et. al.
Influence of Dietary Konjac Mannan on Fecal Microflora in F344 Rats
Proc. Japan Acad., 63, p. 273-276, 1987

40. T. Mizutani et. al.
Inhibitory Effect of Some Intestinal Bacteria on Liver Tumorigenesis Gnotobiotic C3H/He Male Mice
Cancer Letters, 11, Elsevier Scientific Publishers Ireland Ltd. p. 89-95, 1980

41. T. Mizutani et. al.
Effect of Konjac Mannan on Spontaneous Liver Tumorigenesis and Fecal Flora in C3H/He Male Mice
Cancer Letters, 17, Elsevier Scientific Publishers Ireland Ltd. p. 27-32, 1982

000085

EXHIBIT B.

42. T. Mizutani et. al.
Effect of Konjac Mannan on 1, 2-Dimethydrazine-induced Intestinal Carcinogenesis in Fischer 344 Rats
Canter Letters, 19, Elsevier Scientific Publishers Ireland Ltd. p. 1-6, 1983



© Copyright 2002-2003 Fiberthin[TM] Fiber-Thin[TM] LLC.
All material on this website is protected by US and International Copyright Laws

000086

EXHIBIT B



**EXCLUSIVE HUNGER SATISFYING FORMULA** ▸ ORDER STATUS

FAQ | CLINICAL STUDIES | HEALTH GUIDE | PURCHASE

FAQ



**What is included in the Fiber Thin System?**
Fiber Thin Tablets. These tablets are 100% all natural Fiber that expand in your stomach making you fell full.
Metabo-Up Tablets. These tablets are a blend of all natural herbs that are scientifically proven to increase your metabolism by 40%.
We are including the Guide to healthy living with your order. As with any diet program, the right diet and exercise plan can accelerate your results. This guide will outline different ways you can supplement the Fiber Thin tablets with diet and exercise to lose weight even faster.

**How much weight will I lose?**
Weight loss varies depending on each individual. Fiber Thin guarantees you'll lose up to 20 pounds in 30 days if you use the Fiber Thin System, which is what you are looking for, right?

**Is the product natural?**
Fiber Thin products are all natural.

**Can you take this product with medications?**
The products are natural; we do recommend that you consult your health care provider if you are taking medications at the time you would like to use the Fiber Thin.

**Can you take this product if you are pregnant?**
We recommend you consult your health care provider.

**Can you take this product if you have heart disease or high cholesterol/blood pressure?**



Fiber Thin can help normalize cholesterol and triglyceride levels in many people, however, we do still recommend you consult with your health care provider.

**How many times a day do you take each product?**
Fiber Thin: 3 capsules before each high fat meal.
Metabo Up: up to 2 tablets per day.

**What is in each of the products offered?**
Fiber Thin contains, Glucomannan, which is a 100%, all-natural fiber from the Konjac Root. Metabo-up contains, Green Tea, Chromium, Kola-nut, Bitter Orange and Vitamins B6 and B12.

**How does each product work?**
Fiber Thin creates a fiber sponge that makes you feel full. Fiber Thin traps and binds some of the fat in the foods you eat so that it is not absorbed into your system. As a result, Fiber Thin reduces caloric intake from fat and adds healthy fiber into your diet. Metabo Up contains Green Tea. Green Tea is proven to increase your metabolism safely so you burn more calories.

**Are there any side effects?**
We are not aware of any side effects from taking the Fiber Thin or Metabo-Up as directed.

**Does Fiber Thin have an expiration date?**
Yes, it has a shelf life of 2 years. The expiration date is stamped on the bottle.

**Does Metabo Up have an expiration date?**
Yes, it has a shelf life of 2 years. The expiration date is stamped on the bottle.

000087

EXHIBIT ℬ.

**Where is Fiber Thin manufactured?**
In the U.S.A.



© Copyright 2002-2003 Fiberthin™ Fiber-Thin™ LLC.
All material on this website is protected by US and International Copyright Laws

090088

EXHIBIT $\beta$.



FiberthinTM LLC. in cooperation with others has developed an eating plan that will help your body use fats, carbs, and proteins more efficiently. This in turn will help you lose unwanted body fat.

*When used in combination with the supplements provided, subjects in an in-house study lost as much as 40 pounds of unwanted body fat in only 12 weeks.*

Click here to download the FiberthinTM Health guide.

You'll need the Adobe Acrobat Reader to view data in PDF format. If you don't have the Reader, click on the Adobe Icon for a free download.

© Copyright 2002-2003 Fiberthin TM Fiber-ThinTM LLC.
All material on this website is protected by US and International Copyright Laws

000689

EXHIBIT B

1             OFFICIAL TRANSCRIPT PROCEEDING

2                FEDERAL TRADE COMMISSION

3

4

5

6      MATTER NO.      0323196

7

8      TITLE          FIBER THIN LLC

9

10     DATE           RECORDED:  JANUARY 25, 2004

11                    TRANSCRIBED:  MARCH 23, 2004

12

13     PAGES          1 THROUGH 6

14

15

16

17

18            CD-ROM   PROPOLENE (040107484)

19        LOSE WEIGHT WITHOUT DIET OR EXERCISE

20          60 1/25/04   NYONE   NEW YORK, NY

21

22

23

24                               000090

25
                                      EXHIBIT C


                  For The Record, Inc.
                  Waldorf, Maryland
                   (301)870-8025

1

1    FEDERAL TRADE COMMISSION

2    I N D E X

3

4    CD-ROM:                              PAGE:

5    Propolene commercial                   3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                                       000091

24

25                                  EXHIBIT C

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

2

1              FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Fiber Thin LLC                 )   Matter No. 0323196

5                                    )

6     ------------------------------)

7                                        January 25, 2004

8

9

10

11              The following transcript was produced from a

12     live tape provided to For The Record, Inc. on March 23,

13     2004.

14

15

16

17

18

19

20

21

22

23                                        000092

24

25                                        EXHIBIT C

3

```
 1                    P R O C E E D I N G S

 2                 -    -    -    -    -

 3              ON SCREEN:  Jonathan Kelly, M.D.

 4              Harvard Medical School Graduate

 5              Individual results vary (remainder of sentence

 6       illegible)

 7              JONATHAN KELLY:  If you're 20 pounds or more

 8       overweight, there's news from the Obesity Research

 9       Institute.  Dramatic weight loss can now be achieved

10       without diet or exercise.

11              ON SCREEN:  Jim Backman

12              Lost 25 Pounds in 6 Weeks!

13              Individual results vary.  For maximum weight

14       loss, diet and exercise are (illegible).

15              JIM BACKMAN:  I lost 25 pounds in six weeks.

16              ON SCREEN:  Lisa May

17              Lost 7 Inches in Her Waist

18              Individual results vary.  For maximum weight

19       loss, diet and exercise are (illegible).

20              LISA MAY:  I lost seven inches through my

21       waist.  I couldn't believe it.

22              ON SCREEN:  Mike Deckert

23              Lost 30 Pounds in 8 Weeks!

24              Individual results vary.  For maximum weight

25       loss, diet and exercise are (illegible).
```

090093

EXHIBIT C

4

1               MIKE DECKERT:  I was 247 eight weeks ago and

2       I'm 30 pounds lighter today.

3               ON SCREEN:  Dr. Jose Echevarria *5 lbs/wk*

4               **Lost 80 Pounds in 4 Months!**

5               Individual results vary.  For maximum weight

6       **loss, diet and exercise are (illegible).**

7               DR. JOSE ECHEVARRIA:  The first week I lost

8       like about 10 and then every month like 20 pounds.

9               ON SCREEN:  **Propolene**

10              **Scientifically Proven to Reduce Weight**

11              **9 Clinical Studies**

12              FEMALE ANNOUNCER:  Propolene, scientifically

13      proven to reduce weight without special diet and

14      exercise, backed by nine clinical studies.

15              ON SCREEN:  **Only For Weight Loss of 20 Pounds**

16      **or More**

17              JONATHAN KELLY:  Please understand, Propolene

18      is so powerful that it was formulated only for those that

19      need to lose 20 pounds or more.

20              ON SCREEN:  **$29.95 plus (illegible) S&H**

21              **30 Day Trial Offer**

22              **Call Now**

23              **1-800-544-6661**

24              FEMALE ANNOUNCER:   Call now to try Propolene

25      risk-free for 30 days for only $29.95

C00094

For The Record, Inc.
Waldorf, Maryland
(301)870-8025



5

1               ON SCREEN:  Lose Up to 20 Pounds Guaranteed

2               FEMALE ANNOUNCER:  If you don't lose up to 20

3       pounds in 30 days, send it back and we'll refund your

4       $29.95.  But wait, it gets better.

5               ON SCREEN:  2nd Bottle Free

6               Free S&H

7               FEMALE ANNOUNCER:  Call now and we'll include a

8       second bottle absolutely free.  Call in the next 10

9       minutes and your shipping and handling is also free.

10      That's right, call now and your second bottle and

11      shipping is free.

12              MALE ANNOUNCER:  Call 1-800-544-6661.

13              (The commercial was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25                                              000095

                    For The Record, Inc.           EXHIBIT C.
                    Waldorf, Maryland
                      (301)870-8025

6

1              C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 0323196

4      CASE TITLE: FIBER THIN, LLC

5      TAPING DATE: JANUARY 25, 2004

6      TRANSCRIPTION DATE: MARCH 23, 2004

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  MARCH 23, 2004

14

15                     _____

16                          ELIZABETH M. FARRELL

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                     _____

25                          KATHY J. DE MENT

                                                    C00096

                    For The Record, Inc.        EXHIBIT C
                      Waldorf, Maryland
                       (301)870-8025

1        OFFICIAL TRANSCRIPT PROCEEDING

2          FEDERAL TRADE COMMISSION

3

4

5

6    MATTER NO.      0323196

7

8    TITLE          FIBER THIN LLC

9

10   DATE           RECORDED:  JANUARY 15, 2004

11                  TRANSCRIBED:  MARCH 23, 2004

12

13   PAGES          1 THROUGH 8

14

15

16

17

18           CD-ROM - PROPOLENE (040106243)

19        LOSE WEIGHT WITHOUT DIET OR EXERCISE

20          120 1/15/04 KDNL    ST. LOUIS, Mo

21

22

23

24                                    C00097

25                                    EXHIBIT D

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

1

1  FEDERAL TRADE COMMISSION

2  I N D E X

3

4  CD-ROM:                                    PAGE:

5  Propolene commercial                          3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

090098

24

EXHIBIT D.

25

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

2

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:                )

4      Fiber Thin LLC                   )   Matter No. 0323196

5                                       )

6      ------------------------------)

7                                    January 15, 2004

8

9

10

11           The following transcript was produced from a

12     live tape provided to For The Record, Inc. on March 23,

13     2004.

14

15

16

17

18

19

20

21

22

23

24                                    000099

25

                                              EXHL : D.

                        For The Record, Inc.
                        Waldorf, Maryland
                        (301) 870-8025

3

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                      CD-ROM - PROPOLENE

4              ON SCREEN:  Materials supplied by Video

5     Monitoring Services of America, L.P. may be used for

6     internal review, analysis or research only.

7     Any editing, reproduction, rebroadcasting, public

8     showing, internet or public display is forbidden and may

9     violate copyright laws

10             ON SCREEN:  VMS

11             ON SCREEN:  Jonathan Kelly, M.D.

12             Harvard Medical School Graduate

13             JONATHAN KELLY:  If you're 20 pounds or more

14    overweight, there's news from the Obesity Research

15    Institute.  Dramatic weight loss can now be achieved

16    without diet or exercise.

17             ON SCREEN:  Jim Backman

18             Lost 25 Pounds in 6 Weeks!

19             Results not typical and may vary

20             JIM BACKMAN:  I lost 25 pounds in six weeks.

21             ON SCREEN:  Lisa May

22             Lost 7 Inches in Her Waist

23             Results not typical and may vary

24             LISA MAY:  I lost seven inches through my

25    waist.  I couldn't believe it.            000100
```

EXHIBIT D.

4

1                ON SCREEN:  Mike Deckert

2                Lost 30 Pounds in 8 Weeks!

3                Results not typical and may vary

4                MIKE DECKERT:  I was 247 eight weeks ago and

5      I'm 30 pounds lighter today.

6                ON SCREEN:  Dr. Jose Echevarria

7                Lost 80 Pounds in 4 Months!

8                Results not typical and may vary

9                DR. JOSE ECHEVARRIA:  The first week I lost

10     like about 10 and then every month like 20 pounds.

11               ON SCREEN:  Propolene

12               Scientifically Proven to Reduce Weight

13               9 Clinical Studies

14               Exclusive Active Ingredient

15               Available Without Prescription

16               FEMALE ANNOUNCER:  Propolene, scientifically

17     proven to reduce weight without special diet and

18     exercise, backed by nine clinical studies with the

19     exclusive active ingredient, and Propolene is available

20     without a prescription.

21               ON SCREEN:  Michelle Wolfensparger

22               "It Works By Itself!"

23               Results not typical and may vary

24               MICHELLE WOLFENSPARGER:  It definitely works by

25     itself because I know I didn't do anything different and



5

```
 1          I took it and I lost weight.
 2                  ON SCREEN:  Jim Backman
 3                  Lost 25 Pounds in 6 Weeks!
 4                  Results not typical and may vary
 5                  JIM BACKMAN:  I eat at fast food places almost
 6      all the time, so it's hard to eat healthy and the weight
 7      still came off.
 8                  ON SCREEN:  Jodi Sadlon
 9                  "It Was Just Very Easy!"
10                  Results not typical and may vary
11                  JODI SADLON: It was just very easy.  You just
12      take these pills about 20 minutes before you eat and the
13      pounds just fell off.
14                  ON SCREEN:  Robert Scott
15                  Lost 35 Pounds!
16                  Results not typical and may vary
17                  ROBERT SCOTT:  If you're a skeptic just say,
18      here, trust me, try it, eat the same way, do what you're
19      doing and this pill will work.
20                  ON SCREEN:  Only For Weight Loss of 20 Pounds
21      or More
22                  JONATHAN KELLY:  Please understand, Propolene
23      is so powerful that it was formulated for those that need
24      to lose 20 pounds or more.
25                  ON SCREEN:  Christa Lizzarga
```

090102

EXHIBIT D.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

6

1           Lost Weight With No Exercise

2           Results not typical and may vary

3           CHRISTA LIZZARGA:  If this could work for me,

4     it could work for anybody because I haven't been to the

5     gym in over a month, to be honest, I have not gone to the

6     gym even once.  I don't have the time.

7           ON SCREEN:  Robert Scott

8           Lost 35 Pounds!

9           Results not typical and may vary

10          ROBERT SCOTT:  I mean, it works.  I don't know

11    how, but it does.

12          ON SCREEN:  Dr. Jose Echevarria

13          Lost 80 Pounds in 4 Months!

14          Results not typical and may vary

15          DR. JOSE ECHEVARRIA:  Every morning, when I

16    look at myself in the mirror, I see another person there.

17          ON SCREEN:  Jim Backman

18          Lost 25 Pounds in 6 Weeks!

19          Results not typical and may vary

20          JIM BACKMAN:  They told me if I didn't lose

21    weight, I was going to die.  You don't change your life,

22    all you do is take a pill.

23          ON SCREEN:  $29.95 plus (illegible) S&H

24          30 Day Trial Offer

25          Call Now

000103

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT D.

7

1        1-800-711-8222

2            JONATHAN KELLY:  Now, you can get Propolene

3    over the phone without a prescription.  Call the number

4    on the screen and it will be shipped directly to your

5    home.

6            ON SCREEN:  Lose Up to 20 Pounds Guaranteed

7            FEMALE ANNOUNCER:  Call now to try Propolene

8    risk-free for 30 days for only $29.95.  If you don't lose

9    up to 20 pounds, send it back and we'll refund your

10   $29.95.

11           ON SCREEN:  Free S&H

12           FEMALE ANNOUNCER:  But wait, it gets better.

13   Call in the next 10 minutes and your shipping and

14   handling is free.  That's right.  We'll ship it to you

15   absolutely free.

16           MALE ANNOUNCER:  Call 1-800-711-8222.

17           (The commercial was concluded.)

18

19

20

21

22

23

24

25                                            000104

EXHIBIT D.

8

1                    C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 0323196

4      CASE TITLE: FIBER THIN, LLC

5      TAPING DATE: JANUARY 15, 2004

6      TRANSCRIPTION DATE: MARCH 23, 2004

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                              DATED:  MARCH 23, 2004

14

15                         _____

16                              ELIZABETH M. FARRELL

17

18         C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                         _____

25                              KATHY J. DE MENT

                                              C00105

                    For The Record, Inc.          EXHIBIT D.
                     Waldorf, Maryland
                      (301)870-8025

Case 3:05-cv-01217-BEN-BLM   Document 1   Filed 06/14/05   Page 110 of 125



:•• Clinical Studies

:•• FAQ

:•• Healthy Living Guide

:•• Dosage Instructions

:•• Purchase Propolene Online

Propolene™ is formulated specifically for people who desire to lose 20 lbs of weight or more. It is scientifically proven, easy, and it works. No dieting is involved, and as one of our customers put it "you don't have to change your life, you just have to take a pill".

Propolene™ helps you establish a healthy lifestyle that is enjoyable. Propolene™ is the most revolutionary weight loss system ever developed and the outcome is amazing. The ingredients in Propolene™ are clinically proven to deliver dramatic weight loss results.

**\* Propolene is effective!**
**\* It's simple, just take it before meals!**
**\* Safely Reduces Hunger!**
**\* Decreases fat without Dieting!**

Propolene™ is an effective dietary supplement that uses appetite suppression and traps fat to reduce weight. It's easy and it works!



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

C90106

EXHIBIT E



PROPOLENE™
dual action weight loss formula
1-877-230-8579

HOME    ORDER STATUS

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!
BUY IT NOW!

- Clinical Studies
- FAQ
- Healthy Living Guide
- Dosage Instructions
- Purchase Propolene Online

## Clinical Studies



Arvill A, et. al. (1995)
Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. The American Journal of Clinical Nutrition, 61: 585-589.

Vuksan V, et. al. (1999)
Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes: a randomized controlled metabolic trial. Diabetes Care, 22 (6): 913-919.

Doi K, et al. (1979)
Treatment of diabetes with glucomannan. Lancet, 5: 987-988.

Ebihara K, et. al. (1981)
Effect of konjac-mannan, a water-soluble dietary fiber on plasma glucose and insulin responses in young men undergone glucose tolerance test. Nutrition Reports International, 23 (4): 577-583.

Doi K, et al. (1981)
Effect of konjac fibre (glucomannan) on glucose and lipids. European Journal of Clinical Nutrition, 49, Suppl.3: S190-197.

Doi K, et al. (1981)
Effect of glucomannan on glucose and lipid metabolism in normal and diabetic subjects.
International Congress Environmental Interaction in Diabetes Mellitus. Proceedings of the Third Symposium on Diabetes Mellitus in Asia and Oceania, Honolulu.

Chen-yu H, et. al. (1990)
Effect of konjac food on blood glucose level in patients with diabetes. Biochemical and Environmental Science 3: 123-131.

Doi K, et al. (1983)
Dietary fiber in the treatment of diabetes mellitus. Proceedings of the fourth seminar of diabetes mellitus and nutrition, Kobe, November 22-23: 200-206.

Doi K, et al. (1990)
Metabolic and nutritional effect on long-term use of glucomannan in the treatment of obese diabetics. Y. Oomura et. al. John Libby & Co., Ltd. Progress in Obesity Research: 507-514.

000107

EXHIBIT E

Shima K, et. al. (1971)

Augmented serum insulin response to glucose infusion after the ingestion of konnyaku.
Pro. Soc. Exp. Med., 137: 872-876.

Pages: |1| |2| |3| |4| |5|

🖶 PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

000108

EXHIBIT E.



**PROPOLENE™**
**dual action weight loss formula**
**1-877-230-8579**

HOME    ORDER STATUS

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!

*BUY IT NOW!*

:•• Clinical Studies
:•• FAQ
:•• Healthy Living Guide
:•• Dosage Instructions
:•• Purchase Propolene Online

## Clinical Studies

Hopman WPM, et. al. (1988)
Glucomannan prevents postprandial hypoglycemia in patients with previous gastric surgery. Gut, 29: 930-934.

Shima K, et. al. (1982)
Effect of dietary fiber, konjac mannan and sugar gum, on absorption of sulfonylurea in man. Nutrition Reports International, 26: 297-302.

Kneepkens FCM, et. al. (1988)
Dumping syndrome in children. Acta Poediar, Scand. 77: 279-286.

Vorster HH, et. al. (1984)
The effect of long-term ingestion of konjac-glucomannan on glucose tolerance and immunoreactive insulin values on baboons. SA Mediese Tydskrif Deel. May 19: 805-808.

R&D Department, Shimizu Chemical Corporation
Clinical study of propol on obesity II

Walsh DE, et. al. (1984)
Effect of glucomannan on obese patients: a clinical study. International Journal of Obesity, 7: 289-293.

Berrizbeitia ML, et. al.
Glucomannan – dietary fiber action in body weight loss and in the regulation of lipemia values in overweight patients. Military Hospital, Caracas, Department of Cardiology

Rodriguez de Roa E, et. al.
Pharmacologic intervention program in infantile obesity and dislipidemias: usefulness of the dietary fiber glucomannan. Jose Ignacio Baldo Hospital, Cardiology Department, Vargas Hospital, Gastroenterology Department, Risk factors consultation, Caracas, Venezuela.

Livieri C, et. al. (1992)
Impiego di fibre a base di glucomannano altamente purificato nell'obesita infantile (Usefulness of highly purified glucomannan fibers in childhood obesity). Ped. Med. Chr. 14, 195-198 (Italian, English translation).

Vita PM, et. al. (1992)
Impiego cronico del glucomannano nel trattamento delle obesita severe (Chronic use of glucomannan in the dietary treatment of severe obesity). Minerva Med., 83: 135-139 (Italian).

000109

Pages: |1| |2| |3| |4| |5|

$E$

 PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

000110

EXHIBIT E.



HOME   ORDER STATUS

**PROPOLENE™**
**dual action weight loss formula**
**1-877-230-8579**

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!

*BUY IT NOW!*

:• Clinical Studies

:• FAQ

:• Healthy Living Guide

:• Dosage Instructions

:• Purchase Propolene Online

**Clinical Studies**

Mao-yu Z, et. al. (1990)
The effect of foods containing refined konjac meal on human lipid metabolism. Biochemical and Environmental Sciences, 3: 99-105.

Biancardi G, et. al. (1989).
Glucomannan in the treatment of overweight patients with osteoporosis. Current Therapeutic Research, 46(5): 908-912.

Salvatoni S, et. al. (1991).
Quadro lipidico ed eccesso ponderale nell'obesita infantile: influenza di un supplemento farmacologico alla dieta. (Serum lipids in obese children: a double blind controlled trial on treatment by diet only vs. diet and drugs). Peg. Oggi, 11(9): 243-245 (Italian, English translation).

Reffo GC, Ghirardi PE, & Forattini C (1988)
Glucomannan in hypertensive outpatients: pilot clinical trial. Current Therapeutic Research; 44(1): 22-27.

Cairella M, & Marchini G (1995)
Glucomannano e obesita: valutazione dell'attivita del glucomannano su alcuni parametric metabolici e sulla senzazione di sazieta in pazienti con sorvapresso de obesita. Clin. Ter. 146: 269-274 (Italian).

Chen HL, et. al. (2003)
Konjac supplement alleviated hypercholesterolemic and hyperglycemia in type 2 diabetic subjects: a randomized double blind trial. Journal of the American College Nutrition, 22 (1): 36-42.

Vuksan V, et. al. (2000)
Beneficial effects of viscous dietary fiber from konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes Care, 23 (1): 9-14.

Terasawa F, et. al. (1979)
The effects of konjac flour on the blood lipids in the elderly subjects. Japan Journal of Nutrition, 37 (1): 23-28.

Kiriyama S, et. al. (1974)
Inhibitory effect of konjac manna on bile acid transport in the everted sacs from rat ileum. The Journal of Nutrition, 104: 69-78.

Ebihara K, et. al. (1989)
Interaction of bile acids, phopholipids, cholesterol and triglyceride with dietary fibers in the small intestine of rats. American Journal of Nutrition: 1100-1106.

090111

EXHIBIT E

Pages: |1| |2| |3| |4| |5|

PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

000112

EXHIBIT E



HOME    ORDER STATUS

PROPOLENE™
dual action weight loss formula
1-877-230-8579

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!

BUY IT NOW!

:•• Clinical Studies

:•• FAQ

:•• Healthy Living Guide

:•• Dosage Instructions

:•• Purchase Propolene Online

## Clinical Studies

Reffo GC, Ghirardi PE, Forattini C. (1990)
Double-blind evaluation of glucomannan versus placebo in postinfarcted patients after cardiac rehabilitation. Current Therapeutic Research, 47(5): 753-758.

Cesa T, et. al. (1990)
Utilizzazione delle fibre vegetali per la terapia del deabete gestazionale c/o dell eccesivo aumento ponderale in gravidanza. (User of vegetable fiber in the treatment of gestational diabetes and/or excessive weight gain in pregnancy). Minerva Ginecologica, 42: 271-274 (Italian).

Magnati G, et. al. (1984)
Fibre dietetiche de OGTT: variazioni glicemiche dopo somministrazione di un nuovo glucomanno purificato. Act Biomedica de , 55: 15-14 (Italian)

Marsicano LJ, et. al.
Use of the glocomannan dietary fiber in the modification of the intestinal habit. Vargas Hospital, Caracas, Department of Gastroenterology. Military Hospital, Caracas, Department of Cardiology.

Rosado JL, et. al.
Composition and phyco-chemical properties of different sources of dietary fiber with its gastrointestinal effect. Department do Fisiologia de la Nutrition, Instituto Nacional de la Nutrition Salvador Zubiran.

Vuksan V, et. al. (2001)
Konjac-mannan and American ginsing: emerging alternative therapies for type 2 diabetes mellitus. Journal of American College Nutrition, 20(5): 370S-380S.

Ebihara K, et. al. (1981)
Major determinants of plasma glucose – flattening activity of a water-soluble dietary fiber: effect of konjac mannan on gastric emoting and intraluminal glucose-diffusion. Nutrition Reports International, 23(6): 1145-1156.

Passaretti S, et. al. (1991)
Action of Glucomannan on complaints in patients affected with chronic constipation: a multicentric clinical evaluation. The Italian Journal of Gastroenterology, 23(7): 421-425.

Staiano A, et. al. (2000)
Effect of the dietary fiber glucomannan on chronic constipation in neurologically impaired children. The journal of Pediatrics, 136 (1): 41-45.

Marzio L, et. al. (1989)
Mouth-to-cerum transit time in patients affected by chronic constipation: effect of glucomannan. American Journal of Gastroenterology, 84 (8): 888-891.

C00113

Pages: |1| |2| |3| |4| |5|

PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

000114

EXHIBIT E



HOME    ORDER STATUS

PROPOLENE™
dual action weight loss formula
1-877-230-8579

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!

BUY IT NOW!

:•• Clinical Studies

:•• FAQ

:•• Healthy Living Guide

:•• Dosage Instructions

:•• Purchase Propolene Online

**Clinical Studies**

Kiriyama S, et. al.
Hypoclesterolemic effect If polyscharies and polysaccharide-rich foodstuffs In
cholesterol-fed rats. Journal of Nutrition, 97: 382-388.

Gallaher CM., et al. (2000)
Cholesterol reduction by glucomannan and chitosan is mediated by chnages in cholesterol
absorption and bile acid and fat excretion in rats. Nutrient Metabolism, American Society
for Nutritional Sciences: 2753-2759.

Lim BO, et. al. (1997)
Dietary fibers modulated indices of intestinal immune function in rats. Biochemical and
molecular roles of nutriets. American Society of Nutritional Sciences: 663-667.

MacKenzie KM, et. al.
Dose-Response Study with Glucomannan in Rats. Hazelton Laboratories America Inc.

Mizutani T, et. al. (1998)
Effect of konjac mannan on intestinal microflora and tumorigenesis. First International
Meeting on Intestinal Microflora, Gastroenterology International, 2, Suppl. 1: 52-55.

Mizutani T, et. al. (1987)
Influence of dietary konjac mannan on fecal microflora in f344 rats. Proc. Japan Acad., 63:
273-276.

Mizutani T, et. al. (1980)
Inhibitory effect of some intestinal bacteria on liver tumorigenesis gnotobiotic c3h/he male
mice. Elsevier Scientific Publishers Ireland Ltd. Cancer Letters, 11: 89-95

Mizutani T, et. al. (1982)
Effect of konjac mannan on spontaneous liver tumorigenesis and fecal flora in c3h/he male
mice. Elsevier Scientific Publishers Ireland Ltd. Cancer Letters, 17: 27-32.

Mizutani T, et. al. (1983)
Effect of konjac mannan on 1, 2-dimethydrazine-induced intestinal carcinogenesis in
Fischer 344 rats. Elsevier Scientific Publishers Ireland Ltd. Canter Letters, 19: 1-6.

Fujiwara S, et. al. (1991)
Effect of konjac mannan on interstinal microbial metabolism in mice bearing human flora
and in conventional F344 rats. Fd. Chem. Toxic. 29(9): 601-606.

Pages: |1| |2| |3| |4| |5|

C00115

EXHIBIT E.

🖨 PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

090116

EXHIBIT E.



HOME   ORDER STATUS

PROPOLENE™
dual action weight loss formula
1-877-230-8579

IF YOU WANT TO LOSE
20 LBS OR MORE,
PROPOLENE IS FOR YOU!

BUY IT NOW!

:• Clinical Studies
:• FAQ
:• Healthy Living Guide
:• Dosage Instructions
:• Purchase Propolene Online

**Frequently Asked Questions**

**What is Propolene™?**
Propolene™ tablets consist of 100% natural fiber, named Propol®, which expands in your stomach and makes you feel full.

**What is Excelerene™?**
Excelerene™ tablets are comprised of a blend of 100% natural herbs, which are scientifically proven to increase your metabolism by 40%.

**What is Healthy Living Guide?**
Included with your order you will find a Healthy Living Guide. As with any diet program, proper nutrition and exercise plan can accelerate your results. Healthy Living Guide outlines several eating and exercise plans, which can be used in conjunction with the Propolene™ tablets to accelerate your weight loss.

**How much weight will I lose?**
Weight loss varies depending on each individual. Propolene™ guarantees you will lose up to 20 pounds in 30 days if you use the Propolene™.

**Is the product natural?**
Propolene™ product is 100% natural.

**Are there any side effects?**
We are not aware of any side effects from taking the Propolene™ or Excelerene™ as directed.

**Can you take this product with medications?**
The product is natural; we do recommend that you consult your health care provider if you are taking medications at the time you would like to use the Propolene™.

**Can you take this product if you are pregnant?**
We recommend you consult your health care provider.

**Can you take this product if you have heart disease or high cholesterol/blood pressure?**
Propolene™ can help normalize cholesterol and triglyceride levels in many people; however, we do still recommend you consult with your health care provider.

**How many times a day do you take each product?**
Propolene™: up to 3 capsules before each high fat meal.
Excelerene™: up to 2 tablets per day.

**What is in each of the products offered?**
Propolene™ contains Glucomannan / Propol®, which is a 100% natural fiber extracted from the Konjac Root. Excelerene™ contains Green Tea, Chromium, Kola-nut, Bitter Orange, and Vitamins B6 and B12.

C00117

EXHIBIT E



**How does each product work?**
Propolene™ creates a viscous fiber mass, which is 100% natural soluable dietary fiber and provides a feeling of satiety.  Propolene™ encapsulates some of the fat in the foods you eat and prevents its absorption by digestive tract, resulting in reduced caloric intake from fat and adding healthy fiber to your diet.
Excelerene™ contains Green Tea.  Green Tea is proven to increase your metabolism safely so you burn more calories.

**Does Propolene™ have an expiration date?**
Yes, it has a shelf life of 2 years. You will find expiration date stamped on the bottle.

**Does Excelerene™ have an expiration date?**
Yes, it has a shelf life of 2 years.  You will find expiration date stamped on the bottle.

**Where is Propolene™ manufactured?**
In the U.S.A.

**Where is Excelerene™ manufactured?**
In the U.S.A.

🖶 PRINT THIS



© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

000118

EXHIBIT 6

Case 3:05-cv-01217-BEN-BLM   Document 1   Filed 06/14/05   Page 123 of 125





:•• <u>Clinical Studies</u>

:•• <u>FAQ</u>

:•• <u>Healthy Living Guide</u>

:•• <u>Dosage Instructions</u>

:•• <u>Purchase Propolene Online</u>

**Healthy Living Guide**



Obesity Research Institute, LLC, in cooperation with others, has developed an eating plan and an exercise plan that will help your body use fats, carbs, and proteins more efficiently. This in turn will help you lose unwanted body fat. When used in combination with the Propolene™ and Excelerene™ supplements provided to you, subjects in an in-house study lost as much as 50 pounds of unwanted body fat in only 12 weeks.

Obesity Research Institute, LLC, in cooperation with others, compiled twelve selections of entrées and snacks for each meal. In order to optimize your body's thermic (fat burning) effect, you should eat five times daily: Breakfast, AM Snack, Lunch, PM Snack, and Dinner, and remember, your portion sizes should be no larger than your fist. Please note that we have created different menus for men and women. This is due to the fact that women have a naturally slower metabolism; so ladies, your caloric intake levels are slightly lower than those of men.

<u>Click Here</u> to download the Propolene™ Healthy Living Guide.

You'll need the Adobe Acrobat Reader to view data in PDF format. If you don't have the reader, click on the Adobe icon for a free download.

 **PRINT THIS**



C00119

© Copyright 2002-2004 Obesity Research Institute LLC.
All material on this website is protected by US and International Copyright Laws

EXHIBIT E

JS44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED

JUN - 4 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

U.S. Federal Trade Commission

**DEFENDANTS**

Fiberthin LLC

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   n/a
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**   San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
See Attachment
See Complaint

**ATTORNEYS (IF KNOWN)**
See Attachment
See Stipulated Order

**'05 CV 1217   BEN (BLM)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)** This is an action brought under 15 U.S.C. § 53(b) to secure injunctive relief and other equitable relief for violations of 15 U.S.C. §§ 45(a) and 52.

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE May 26, 2005   SIGNATURE OF ATTORNEY OF RECORD   _Matthew Daynard_

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

CR

ORIGINAL

## ATTORNEYS

**Attorneys for Plaintiff**:

Matthew Daynard
Rona Kelner
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, D.C.  20580
(202) 326-3291
(202) 326-2753

John Jacobs (Local Counsel)
FEDERAL TRADE COMMISSION
10877 Wilshire Blvd., Suite 700
Los Angeles, CA  90024
(310) 824-4360


**Attorney for Defendants:**

William I. Rothbard
2002 4th Street, Suite 109
Santa Monica, CA  90405
(310) 314-4025
Attorney for Defendants FiberThin, Obesity Research Institute,
  Henny den Uijl, Bryan Corlett, James Ayers, and Jonathan M. Kelley